**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:95-CR-00009 |
| | ) | |
| | ) | |
| CHYANN FINE BRATCHER, | ) | |
|     Defendant. | | |

**MOTION FOR COMPASSIONATE RELEASE**
**UNDER § 3582(c)(1)(A)**

## Table of Contents

INTRODUCTION .................................................................................................................... 1

STATEMENT OF FACTS ...................................................................................................... 2

   A.   **Childhood and Marriage** ..................................................................................... 2

   B.   **Billy Bratcher's Death** ........................................................................................ 3

   C.   **Rehabilitation Efforts and Family Support** ..................................................... 3

   D.   **Vulnerability to COVID-19** .............................................................................. 4

      1.   Obesity ............................................................................................................... 5

      2.   Heart Disease ..................................................................................................... 5

      3.   Mental Health .................................................................................................... 6

      4.   "Long COVID" .................................................................................................. 6

   E.   **Conditions at FCI Dublin** .................................................................................. 7

ARGUMENT ............................................................................................................................ 9

   I.   **MS. BRATCHER IS ELIGIBLE FOR COMPASSIONATE RELEASE BECAUSE SHE HAS EXHAUSTED HER REMEDIES** ............................................................................ 9

   II.   **THE CIRCUMSTANCES OF MS. BRATCHER'S INCARCERATION CONSTITUTE EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WARRANTING RELEASE** ............ 9

   A.   **Ms. Bratcher Faces Serious Danger to Her Health While Incarcerated at FCI Dublin** ... 10

      1.   COVID Illness ................................................................................................. 11

      2.   Long COVID ................................................................................................... 12

      3.   Comorbidities ................................................................................................. 13

4.    Mental Health ................................................................................................................14

B.    **Ms. Bratcher Remains at Risk Despite being Vaccinated** ........................................ 15

C.    **The Fact that Ms. Bratcher Is Serving a Life Sentence Does Not Disqualify her from Compassionate Release** ................................................................................................................ 16

**III. MS. BRATCHER HAS BEEN INCARCERATED FOR OVER 25 YEARS AND HAS FULFILLED THE PURPOSE OF HER SENTENCE UNDER § 3553(a)** ............................................................ 19

A.    **Exemplary Rehabilitation and Spiritual Growth** ..................................................... 19

B.    **BOP Staff Support for Release** ...................................................................................... 22

C.    **Ms. Bratcher Is Not a Danger to the Community** ...................................................... 23

***CONCLUSION*** .......................................................................................................................... ***25***

# TABLE OF AUTHORITIES

## CASES

*Concepcion v. United States*, No. 20-1650, 2022 WL 2295029 (U.S. June 27, 2022) ................................ 11, 24

*Dean v. United States*, 137 S. Ct. 1170  (2017) ................................................................................................ 23

*Pepper v. United States*, 562 U.S. 476 (2011) ........................................................................................... 23, 24

*United States v. Barnette*, No. 77-20014-JAR-1, 2021 WL 2805376 (D. Kan. July 6, 2021) ....................... 18

*United States v. Bratcher*, 2:95-CR-0009(03) (N.D. Tex. Oct. 29, 2002) ......................................................... 3

*United States v. Brunetti*, No. 01 Cr. 257 (JFK), 2022 WL 92753 (S.D.N.Y. Jan. 10, 2022) .................... 18, 24

*United States v. Curtis*, 2020 WL 1935543 (D.D.C. April 22, 2020) ............................................................... 20

*United States v. DeFoggi*, No. 8:13CR105, 2022 WL 1785435, at *6 (D. Neb. June 1, 2022) ................. 13, 14

*United States v. Douglas*, No. 10-171-4, 2021 WL 214563 (D.D.C. Jan. 21, 2021) ........................................ 21

*United States v. Fisher*, 2020 WL 5992340 (S.D.N.Y. Oct. 9, 2020) ............................................................... 20

*United States v. Gluzman*, No. 7:96-cr-323, 2020 WL 4233049  (S.D.N.Y. July 23, 2020) ............................ 22

*United States v. Heffington*, 476 F. Supp. 3d (E.D. Cal. 2020) ........................................................................ 20

*United States v. High*, 997 F.3d 181 (4th Cir. 2021) ........................................................................................ 12

*United States v. Johnson*, 464 F. Supp. 3d 22 (D.D.C. 2020) ......................................................................... 17

*United States v. Lewis*, No. CR1800927PHXDGC1, 2021 WL 847991 (D. Ariz. Mar. 5, 2021). ............. 17, 19

*United States v. Long*, No. 17-CR-30056, 2021 WL 139982 (C.D. Ill. Jan. 14, 2021) ................................... 14

*United States v. Luna*, 478 F. Supp. 3d 859  (N.D. Cal. 2020) ....................................................................... 20

*United States v. McDermott*, No. CR CCB-14-0334, 2021 WL 4804019, at *2 (D. Md. Oct. 14, 2021) ....... 15

*United States v. Mejia-Santamaria*, No. 4:15-CR-111 (8), 2021 WL 5285843, at *4 (E.D. Tex. Nov. 10, 2021) ...... 11

*United States v. Miranda*, No. 12-256, 2021 WL 4592528, at *6 (D.P.R. Aug. 30, 2021) ........................ 11, 15

*United States v. Moore*, No. ELH-18-431, 2022 WL 137865 (D. Md. 2022) .................................................. 24

*United States v. Palmer*, No. 8:13-cr-00623-PWG-2, 2021 WL 3212586, at *3 (D. Md. July 29, 2021) ....... 18

*United States v. Parker*, 461 F. Supp. 3d 966 (C.D. Cal. 2020) ...................................................................... 20

*United States v. Regas*, No. 391CR00057MMDNA1, 2020 WL 2926457 (D. Nev. June 3, 2020) ................. 23

*United States v. Rios*, No. 3:94CR112 (JBA), 2020 WL 7246440 (D. Conn. Dec. 8, 2020) ........................... 20

*United States v. Rodriguez*, 476 F. Supp. 3d 1071 (S.D. Cal. 2020) ............................................................... 17

*United States v. Rodriguez*, No. 00 CR. 761-2 (JSR), 2020 WL 5810161, at *4 (S.D.N.Y. Sept. 30, 2020) ................ 27

*United States v. Shkambi*, No. 4:09-CR-193, 2021 WL 1721821 (E.D. Tex. Apr. 30, 2021), *aff'd*, No. 21-40386,
  2022 WL 636628 (5th Cir. Mar. 4, 2022) ...................................................................................................... 26

*United States v. Suggs*, No. 3:99cr244 (JBA), 2021 WL 2661874 (D. Conn. June 28, 2021) ......................... 18

*United States v. Tidwell*, 476 F. Supp. 3d 66 (E.D. Pa. 2020) .................................................................... 19, 20

*United States v. Valencia-Lopez*, No. 05-CR-841 (NGG), 2022 WL 198604, at *3 (E.D.N.Y. Jan. 21, 2022) .......... 19

*United States v. Williams*, 2020 WL 1751545 (N.D. Fla. Apr. 1, 2020) .......................................................... 21

## STATUTES

18 U.S.C. § 3553(a) ........................................................................................................................................... 22

18 U.S.C. § 3553(a)(2) ....................................................................................................................................... 25

18 U.S.C. § 3582(c)(1)(A) .................................................................................................................................... 1

## OTHER AUTHORITIES

American Heart Association, *Silent Ischemia and Ischemic Heart Disease* (Jul 15, 2015),
  https://www.heart.org/en/health-topics/heart-attack/about-heart-attacks/silent-ischemia-and-ischemic-heart-
  disease#:~:text=Ischemia%20is%20a%20condition%20in,oxygen%20to%20the%20heart%20muscle. ................. 6

Amy Larson, *4th Dublin Prison Guard Charged with Sex Crimes*, Kron4 News (Mar. 23, 2022),
https://www.kron4.com/news/bay-area/4th-dublin-prison-guard-charged-with-sex-crimes/ .......................................10

Annelise A. Madison et al., *Psychological and Behavioral Predictors of Vaccine Efficacy: Considerations for COVID-19*, 16(2) Perspectives on Psychological Science 191, 192-94 (2021)...................................................................17

Centers for Disease Control and Prevention, *Obesity, Race/Ethnicity, and COVID-19*,
https://www.cdc.gov/obesity/data/obesity-and-covid-19.html (last updated Feb. 17, 2022)........................................15

Centers for Disease Control and Prevention, *People with Certain Medical Conditions*,
https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last updated Feb. 25, 2022). ............................................................................................................................................1, 5, 6

Centers for Disease Control and Prevention, *Post-COVID Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects/index.html (last updated June 17, 2022)........................................................................7

Corin Hoggard, 'It was like hell': California woman exposes 'secrets' of notorious Dublin federal prison, abc7News (June 21, 2022), https://abc7news.com/notorious-federal-prison-fci-dublin-california-rape-club-sexual-assault/11986125..........................................................................................................................................................10

Department of Health and Human Services, *Guidance on "Long Covid: as a Disability Under the ADA, Section 504, and Section 1557* (July 26, 2021), https://www.hhs.gov/civil-rights/for-providers/civil-rights-covid19/guidance-long-covid-disability/index.html ...........................................................................................................................................7

Federal Bureau of Prisons, *COVID-19 Coronavirus*, https://www.bop.gov/coronavirus/ (periodic visits including, Feb. 19, Mar. 25, and June 24, 2022). ........................................................................................................................1

Jennifer Lighter, et al., *Obesity in Patients Younger than 60 Years is a Risk Factor for COVID-19 Hospital Admission*, Clinical Infectious Diseases (Apr. 9, 2020), https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa415/5818333 .............................................................................................................................5

Keri Blakinger et al., *US prisons face staff shortages as officers quit amid COVID*, AP News (Nov. 1, 2021), https://apnews.com/article/coronavirus-pandemic-business-health-texas-prisons-d367722492d903e9299fd66ea3518998...................................................................................................................................5

Kiet Do, *Congressional Delegation Tours Dublin Federal Prison after Probe Uncovers Sex Abuse Rape Misconduct*, KPIX News (Mar. 14, 2022), https://sanfrancisco.cbslocal.com/2022/03/14/congressional-delegation-tours-dublin-federal-prison-after-probe-uncovers-sex-abuse-rape-misconduct/ .........................................9

Lois Parshley, *Why Researchers Are Worried About Chronic Stress and Covid-19: Could Stress Be Another Preexisting Condition that Makes Covid-19 Infections Worse?*, Vox (Sept. 3, 2020), https://www.vox.com/2020/9/3/21419902/covid-19-risk-factors-chronic-stress-racism-immune-system. ................6

Office of Inspector General, Dep't of Justice, Facility Level BOP COVID-19 Trends, https://experience.arcgis.com/experience/ab22fb4c564e4f4b986e257c685190e8/page/Facility-Case-Trends/..8, 13

*Omicron Variant: What You Need to Know*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html (last updated Mar. 29, 2022)..............8

*People with Certain Medical Conditions, supra,* n.1.........................................................................................................16

Saima May Sidik, *Heart-disease risk soars after COVID — even with a mild case*, Nature (Feb. 10, 2022), https://www.nature.com/articles/d41586-022-00403-0...................................................................................................6

The COVID Prison Project, *COVID-19 Vaccine Doses – System Reports,* https://covidprisonproject.com/covid-19-vaccinations-system-report/ (visited July 14, 2022) ..........................................................................................................8

*Tracking Coronavirus in Alameda County, Calif.*, The New York Times, https://www.nytimes.com/interactive/2021/us/alameda-california-covid-cases.html (visited July 14, 2022)............9

U.S. Department of Health & Human Services Office for Civil Rights and U.S. Department of Justice Civil Rights Division & Disability Rights Section, Guidance on "Long COVID" as a Disability Under the ADA, Section 504, and Section 1557, ADA.gov (July 26, 2021), https://www.ada.gov/long_covid_joint_guidance.pdf.........................14

Victoria Law, *For Incarcerated Americans, the Pandemic Chaos of April 2020 Has Never Ended*, The Guardian (Dec. 12, 2021 3:00 PM), https://www.theguardian.com/world/2021/dec/12/prisons-covid-lockdown-hardships-us. ...................................................................................................................................................................................8

iv

## INTRODUCTION

Chyann Bratcher asks this Court to grant this motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) with whatever additional conditions this Court finds appropriate. She has been incarcerated for over a quarter century. Ms. Bratcher is at risk of developing a severe COVID-19 infection because she is obese, has heart disease, "long-COVID," Post-Traumatic Stress Disorder (PTSD), and depression. The Centers for Disease Control (CDC) have designated all of these conditions as risk factors for becoming "severely ill" from COVID-19, e.g. requiring hospitalization, intensive care, the use of a ventilator, or death.[1] FCI Dublin, where Ms. Bratcher is located, has had numerous outbreaks of COVID-19. It is thus on a semi-permanent status as a "Level 3" facility, requiring "intense modifications" due to the high number of people in the prison and surrounding community who test positive for COVID-19.[2]

Ms. Bratcher has spent the last two decades devoting herself to rehabilitation and has become a woman of God. She aspires to become an ordained minister and has used her faith to support other incarcerated women to take responsibility for their actions, participate in available programs, and gain job skills that will help them successfully integrate into society upon release. She poses no threat to public safety; she has a spotless disciplinary record, a "minimum" risk level, and a "low" security classification.

Even after more than 25 years, her father and son want Ms. Bratcher to return home. Ms. Bratcher has a place to live and strong job prospects. Community members, prison officials, family, and friends have submitted letters supporting her release. Her chances of a successful return

---

[1] Centers for Disease Control and Prevention, *People with Certain Medical Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last updated Feb. 25, 2022).

[2] Federal Bureau of Prisons, *COVID-19 Coronavirus*, https://www.bop.gov/coronavirus/ (periodic visits including, Feb. 19, Mar. 25, and June 24, 2022).

1

to society are very high. Despite her serious transgression, the purposes of sentencing have been accomplished, and Ms. Bratcher humbly asks this Court to allow her to continue her path to redemption outside the prison walls.

## STATEMENT OF FACTS

Ms. Bratcher started her current journey as a young mother in Amarillo, Texas who was convicted of conspiracy to murder her husband. She is now a middle-aged woman seeking a second chance after spending 27 years in prison working on changing herself, evidenced by an immaculate prison disciplinary record and the lowest risk assessment level possible. Ex. A.

### A.  Childhood and Marriage

Chyann Fine Bratcher was born on June 27, 1972, and raised in Amarillo, Texas. Ex. B at 1. She was known as a sweet, happy girl who loved life, was quick to laugh, and had a big heart. She loved animals, especially horses. *Id.* She met Billy Bratcher when she was 16, and he proposed a few months later. They were married on September 30, 1989. Their first child, Brianna, was born in 1990 and their second child, Tanner, a year later. Ex. C at 10. The couple was young and did not have a lot of money. Like many young couples with small children and a tight budget, they had some difficulties. *Id.* at 2-3. The pressure became such that at one point Ms. Bratcher took an overdose of Tylenol 3 and had to be hospitalized. *Id.* at 11. Yet Ms. Bratcher and those who know her attest to her deep love for her husband. Ex. D at 6, 8.

Ms. Bratcher's mother and co-defendant Brenda Fine did not like her son-in-law. Ex. B at 1. She convinced her daughter to apply for a life insurance policy for Billy Bratcher for $250,000 with double indemnity for accidental death. Ex. C at 2. They obtained a second policy in February that would pay off a new car in the event of Mr. Bratcher's death. *Id.*  In fact, Brenda Fine and her son Tommy had a long history of insurance fraud, including destroying two cars to collect the insurance, submitting false testimony to obtain payment for a car that was damaged before the

2

policy was acquired, lying about the contents of a "stolen" vehicle, and staging a hit-and-run accident. *Id.* at 4. Chyann was not involved in these schemes.

### B. Billy Bratcher's Death

On April 9, 1994, Mr. Bratcher drowned while fishing on Lake Meredith with his brother-in-law Tommy Fine. The medical examiner determined the cause of death to be accidental drowning. Ex. C at 18. Mr. Bratcher's parents filed a civil action against Ms. Bratcher and her family, alleging wrongful death and conspiracy to commit murder. *Id.* at 4. Mr. Fine initially maintained that Mr. Bratcher drowned accidentally after falling off the boat. Later he turned himself in, admitting that he caused the boat to swerve when his brother-in-law was standing so that he would fall into the water. *Id.* at 2-3. He pled guilty to conspiracy to murder and received a 30-year sentence. *Id.* at 1. Ms. Bratcher and her mother Brenda Fine elected to go to trial and were convicted on September 5, 1995, for five counts of mail fraud, one count of conspiracy to commit murder, and one count of murder. *Id.* Both were sentenced to a term of life imprisonment. Ms. Bratcher appealed to the Fifth Circuit, which upheld her sentence on July 8, 1996. In 2001, Ms. Bratcher filed a habeas motion which was dismissed as untimely. *United States v. Bratcher*, 2:95-CR-0009(03) (N.D. Tex. Oct. 29, 2002).

### C. Rehabilitation Efforts and Family Support

Despite receiving a life sentence, Ms. Bratcher committed herself to rehabilitation, personal development, and supporting other incarcerated individuals. Exs. D, E. She has completed thousands of hours of religious, vocational, and educational rehabilitative programs throughout her sentence, including courses in history, bible studies, accounting, and parenting. Ex. F. Ms. Bratcher's dedication to Christianity has allowed her to ground her self-betterment in her faith. She also has voluntarily chosen to engage in hospice work to provide emotional and spiritual support for prisoners nearing the end of their lives. Ex. E at 1-2. Retired BOP Chaplain, Reverend

Robert G. Danage, callw her a "model inmate." Because of her spiritual growth, he has "no concerns with [Ms. Bratcher] making a successful transition back into society." Ex. G at 1.

### D. Vulnerability to COVID-19

Although Ms. Bratcher had been vaccinated, she tested positive for COVID on February 9, 2022. Ex. H at 114. She was put in the segregated housing unit (SHU), normally used to isolate prisoners for disciplinary reasons. Although the medical record states she was "asymptomatic," she reports that she was so weak that she had to sleep on a two-inch mat on the floor because she did not have the strength to reach the upper bunk. (Her mother was isolated with her and took the bottom bunk.) The medical records also show she received no medical care, not even over-the-counter pain medication, although she complained of shortness of breath and chest pain. A paramedic checked her temperature and oxygen saturation level a total of 10 times during the two weeks she was ill: on February 14-15 and February 17, she received no medical attention at all. Ex. H at 80-81. When her temperature and oxygen level were checked, the tests were done through the small slot in the prison cell door. She was asked to press her forehead against the opening normally used for food. She reports that the medical staff moved from prisoner to prisoner quickly with little time to note the presence of other symptoms, likely due to significant BOP staffing shortages.[3]

The list of Ms. Bratcher's current health problems fills two pages. Those that increase her vulnerability to COVID-19 include obesity, angina pectoris caused by coronary heart disease, depression, PTSD, and "long COVID." Ex. H. at 96-97.

---

[3] *See* Keri Blakinger et al., *US prisons face staff shortages as officers quit amid COVID*, AP News (Nov. 1, 2021), https://apnews.com/article/coronavirus-pandemic-business-health-texas-prisons-d367722492d903e9299fd66ea3518998.

4

## 1. Obesity

According to the CDC, "risk of severe COVID-19 illness increases sharply with elevated BMI."[4] Ms. Bratcher is obese: she is 63 inches tall and weighs 185 pounds, giving her a Body Mass Index (BMI) of 32.8, according to the NIH BMI calculator.[5] Ex. H at 3. The CDC defines obesity as BMI between 30 kg/m2 and 40 kg/m2. That condition puts "adults of any age . . . at increased risk of severe illness from the virus that causes COVID-19, namely at an increased risk for severe infections of COVID-19 that result in hospitalization, intensive care, the use of a ventilator, or death."[6] The Clinical Infectious Diseases Journal published a study showing that people under 60 (Ms. Bratcher is 50) with a BMI between 30 and 34 are: (1) twice as likely to need acute medical care due to COVID-19 than those with a BMI lower than 30; and (2) 1.8 times more likely to need intensive emergency care than those with BMIs lower than 30.[7]

## 2. Heart Disease

Ms. Bratcher was diagnosed with an ischemia in 2013 and in 2015, based on two stress tests. Ex. H at 25. The American Heart Association describes the condition as one "in which the blood flow (and thus oxygen) is restricted . . . to the heart muscle." Ischemia is also known as coronary heart disease and can lead to a heart attack."[8] There is a "substantial rise in risk of cardiovascular disease, including heart attack and stroke, after a [COVID-19] infection."[9] Specifically, participants who had recovered from COVID-19 showed "stark increases in

---

[4] CDC, *People with Certain Medical Conditions*, *supra* n.1.
[5] https://www.nhlbi.nih.gov/health/educational/lose_wt/BMI/bmicalc.htm
[6] *People with Certain Medical Conditions*, *supra*, n.1.
[7] Jennifer Lighter, et al., *Obesity in Patients Younger than 60 Years is a Risk Factor for COVID-19 Hospital Admission*, Clinical Infectious Diseases (Apr. 9, 2020), https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa415/5818333.
[8] American Heart Association, *Silent Ischemia and Ischemic Heart Disease* (Jul 15, 2015), https://www.heart.org/en/health-topics/heart-attack/about-heart-attacks/silent-ischemia-and-ischemic-heart-disease#:~:text=Ischemia%20is%20a%20condition%20in,oxygen%20to%20the%20heart%20muscle.
[9] Saima May Sidik, *Heart-disease risk soars after COVID — even with a mild case*, Nature (Feb. 10, 2022), https://www.nature.com/articles/d41586-022-00403-0.

cardiovascular problems over the year after infection," including a 52% increase in suffering a stroke and a 72% increase in experiencing heart failure. This risk appeared even if the individual was under sixty-five years old and experienced only a mild COVID-19 infection.[10]

### 3. Mental Health

Ms. Bratcher's mental health conditions make her more likely to develop a severe case of COVID-19 that poses serious health risks should she again become infected with the virus. Depression can make individuals more vulnerable to COVID-19.[11] Stress not only causes immunosuppression, but it may also decrease the effectiveness of vaccines.[12] Ms. Bratcher suffers from both PTSD and "Major Depressive Disorder." Ex. H at 96. She is on three medications for depression and her chart notes she was "reactive, tearful [and] depressed" at a mental health check on March 31, 2022. *Id.* at 9.

### 4. "Long COVID"

Ms. Bratcher has been diagnosed with "long COVID," meaning she is "experienc[ing] a range of new or ongoing symptoms that can last weeks or months after first being infected with the virus that causes COVID-19."[13] Ex. H. at 6. She reports suffering from difficulty breathing, fatigue, difficulty concentrating, chest pain, pins-and-needles, dizziness, and joint pain, all of which are typical of long COVID. *See id.* at 3, 6, 9. She gets winded simply walking from her unit to food service and her lips have been observed either getting white or slightly blue. *Id.* at 9. For those who suffered a severe case of COVID-19, "long COVID" can cause "multiorgan effects" that can affect "heart, lung, kidney, skin, and brain functions," as well as autoimmune conditions

---

[10] *Id.*

[11] *People with Certain Medical Conditions*, *supra*, n.1.

[12] Lois Parshley, *Why Researchers Are Worried About Chronic Stress and Covid-19: Could Stress Be Another Preexisting Condition that Makes Covid-19 Infections Worse?*, Vox (Sept. 3, 2020), https://www.vox.com/2020/9/3/21419902/covid-19-risk-factors-chronic-stress-racism-immune-system.

[13] Centers for Disease Control and Prevention, *Post-COVID Conditions*, https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects/index.html (last updated June 17, 2022).

that can last for weeks or months.[14] It is a disability under the Americans with Disabilities Act (ADA).[15]

Ms. Bratcher also reports being in a wheelchair because the pain from her plantar fasciitis prevents her from walking. *See* Ex. H at 3, 12, 26.

### E. Conditions at FCI Dublin

Prison conditions have proven to be a fertile breeding ground for COVID-19; 34 out of every 100 incarcerated individuals has had a confirmed case of COVID-19 — a rate that is nearly four times higher than the rate of the general population.[16] FCI Dublin, where Ms. Bratcher is held, is one of the facilities that has had multiple serious outbreaks of COVID-19 throughout the pandemic and experienced another one in January–February 2022. [17] According to the Office of the Inspector General at Department of Justice, which compiles statistics from publicly available data, there are currently six cases at FCI Dublin. *Id.* at n.17.

The CDC emphasizes that vaccinations and, in particular, "booster" shots are essential to combating the spread of the virus.[18] As of July 14, 2022, only 72% of BOP staff had received "at least one vaccination."[19] That means almost 30% of BOP staff "present a higher potential vector for COVID-19 transmission" because they "come and go between the facility and the community." and are unvaccinated.[20] Furthermore, an unknown percentage of the people whom the BOP is

---

[14] *Id.*

[15] Department of Health and Human Services, *Guidance on "Long Covid: as a Disability Under the ADA, Section 504, and Section 1557* (July 26, 2021), https://www.hhs.gov/civil-rights/for-providers/civil-rights-covid19/guidance-long-covid-disability/index.html

[16] Victoria Law, *For Incarcerated Americans, the Pandemic Chaos of April 2020 Has Never Ended*, The Guardian (Dec. 12, 2021 3:00 PM), https://www.theguardian.com/world/2021/dec/12/prisons-covid-lockdown-hardships-us.

[17] Office of Inspector General, Dep't of Justice, Facility Level BOP COVID-19 Trends, https://experience.arcgis.com/experience/ab22fb4c564e4f4b986e257c685190e8/page/Facility-Case-Trends/(last visited July 14, 2022).

[18] *Omicron Variant: What You Need to Know*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html (last updated Mar. 29, 2022).

[19] The COVID Prison Project, *COVID-19 Vaccine Doses – System Reports,* https://covidprisonproject.com/covid-19-vaccinations-system-report/ (visited July 14, 2022).

[20] https://www.bop.gov/coronavirus/overview.jsp / (visited July 15, 2022).

counting as vaccinated have only received one dose, giving them insufficient protection. For much of 2022, COVID-19 case counts in Alameda County, where FCI Dublin is located, were "very high," as was the test positivity rate, "suggesting that cases [were] being significantly undercounted."[21] As a result of the community spread and/or the medical isolation rate at the facility, FCI Dublin has been operating at COVID-19 Operational Level 3, which requires "intense modifications," almost exclusively since the end of 2021.[22]

FCI Dublin has also been plagued with other problems, including sexual abuse of incarcerated women. As of the beginning of May 2022, 25 employees were under investigation for sex crimes, drugs, and falsifying records. There have been numerous violations of the Prison Rape Elimination Act, necessitating a special inquiry and a visit by a congressional delegation that called FCI Dublin "a cultural, toxic environment."[23] Five employees, including the former Warden and Chaplain, have been indicted for allegedly sexually abusing women in their custody based on an on-going federal investigation.[24] Many women have filed complaints about sexual abuse.[25] Ms. Bratcher reports that the mismanagement has prompted the majority of the medical staff to leave and that there is currently no doctor on the permanent staff. *See* Ex. H at 1,6 (care provided by temporary personnel).

---

[21] *Tracking Coronavirus in Alameda County, Calif.*, The New York Times, https://www.nytimes.com/interactive/2021/us/alameda-california-covid-cases.html (visited July 14, 2022).
[22] *FCI Dublin*, Federal Bureau of Prisons, https://www.bop.gov/locations/institutions/dub/ (visited July 14, 2022).
[23] *See, e.g.,* Kiet Do, *Congressional Delegation Tours Dublin Federal Prison after Probe Uncovers Sex Abuse Rape Misconduct*, KPIX News (Mar. 14, 2022), https://sanfrancisco.cbslocal.com/2022/03/14/congressional-delegation-tours-dublin-federal-prison-after-probe-uncovers-sex-abuse-rape-misconduct/
[24]; Amy Larson, *4th Dublin Prison Guard Charged with Sex Crimes*, Kron4 News (Mar. 23, 2022), https://www.kron4.com/news/bay-area/4th-dublin-prison-guard-charged-with-sex-crimes/.
[25] Corin Hoggard, 'It was like hell': California woman exposes 'secrets' of notorious Dublin federal prison, abc7News (June 21, 2022), https://abc7news.com/notorious-federal-prison-fci-dublin-california-rape-club-sexual-assault/11986125/

## ARGUMENT

### I.   MS. BRATCHER IS ELIGIBLE FOR COMPASSIONATE RELEASE BECAUSE SHE HAS EXHAUSTED HER REMEDIES

Ms. Bratcher has exhausted her administrative remedies because she requested compassionate release from the Warden and then waited 30 days before filing this motion. 18 U.S.C § 3582(c)(1)(A). On October 30, 2019, Ms. Bratcher requested compassionate release with then-Warden Wiley Z. Jenkins, which he denied on April 20, 2020. Ex. I at 4. On July 21, 2020, Ms. Bratcher submitted another request, which Warden Jenkins denied 13 days later, incorrectly asserting her request "based solely on [her] belief that [she] was sentenced excessively for [her] crime(s)." *Id.* at 9, 10. Ms. Bratcher timely appealed, clarifying that she believed that the COVID-19 pandemic met the extraordinary and compelling standard. *Id.* at 11. Her appeal to the region was denied and she sought review from the BOP General Counsel on October 15, 2020. *Id.* at 12-13. Her motion is thus properly before this Court.

### II.   THE CIRCUMSTANCES OF MS. BRATCHER'S INCARCERATION CONSTITUTE EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WARRANTING RELEASE

The combination of Ms. Bratcher's poor health, the COVID-19 pandemic, her spiritual transformation, and the corruption at FCI Dublin reach the level of extraordinary and compelling. 18 U.S.C § 3582(c)(1)(A). Although Congress has never defined "extraordinary and compelling," a reason qualifies when it is "[b]eyond what is usual, customary, regular, or common." *United States v. Mejia-Santamaria*, No. 4:15-CR-111 (8), 2021 WL 5285843, at *4 (E.D. Tex. Nov. 10, 2021) (cleaned up). A reason is compelling when "irreparable harm or injustice would result" if the situation were ignored. *Id.* The Supreme Court very recently held that when a district court is considering modifying a sentence, it has full discretion to consider information unless "Congress or the Constitution limits [it]." *Concepcion v. United States*, No. 20-1650, 2022 WL 2295029, at

\*4 (U.S. June 27, 2022) (holding "[n]othing in the First Step Act" limits a district court's discretion.)

Ms. Bratcher's medical conditions qualify as "extraordinary and compelling." She has at least four conditions that put her at risk of being severely ill from COVID-19. She has contracted the disease once after being vaccinated and has subsequently been diagnosed with "long COVID." *See United States v. Miranda*, No. 12-256, 2021 WL 4592528, at *6 (D.P.R. Aug. 30, 2021) ("Moreover, prisoners have been granted release because of the risk of reinfection, because of the debilitating effects of Long COVID itself, or both combined."). Her situation is also precarious because she is incarcerated in a facility with inadequate medical care. Ms. Bratcher reports that FCI Dublin has no staff doctor and that most of the medical staff has quit due to the toxic work environment. Care is being provided by medical staff on temporary assignments. *See* Ex. H at 1, 6 (showing care provided by nurse practitioner from a staff agency and a physician's assistance from the BOP's Medical Assist Support Team). This combination of circumstances meets the "extraordinary and compelling standard.

### A.      Ms. Bratcher Faces Serious Danger to Her Health While Incarcerated at FCI Dublin

Ms. Bratcher's health is compromised every day that she remains at FCI Dublin, which is an institution in crisis. Her fear of dire outcome if she is re-infected with COVID-19 is concrete, not speculative because she has already experienced being sick with the virus. "[A]ctually contracting COVID-19 can also provide a compelling case for relief if coupled with a prison's inability to address the condition and circumstances calling for compassion." *United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021).

### 1. COVID Illness

Ms. Bratcher tested positive for COVID-19 in February 2022 after she had been vaccinated. Ex. H at 114, 191. She became very ill but, due to the extent of the outbreak at FCI Dublin and staffing shortages, she received virtually no medical care. Ms. Bratcher reports she was too weak to climb to the top bunk and was forced to sleep on a two-inch-thick mat on the floor while she was ill. (Her mother slept on the bottom bunk.) She only received occasional temperature and oxygen level checks. *Id.* at 80-81. The BOP's medical staffing shortages have left the agency struggling to provide "basic clinical services[.]"[26] Her medical records indicate inaccurately that she was asymptomatic, but in fact she was seriously ill. Although she complained of difficulty breathing and chest pain, the medic never opened the door to her cell. By only checking her vital signs through the food tray slot, he had no way of knowing what her real condition was.

If she remains incarcerated at FCI Dublin, she could be reinfected the next time the illness rips through the prison, and she would again be at the mercy of an already overburdened, transient medical team that has consistently failed to care for her adequately. The guidance about the long-term efficacy of the vaccine is constantly evolving as more variants emerge and more studies are done, but it is clear that the protection from the vaccine wanes over time and that reinfection is becoming more common.[27] *United States v. DeFoggi*, No. 8:13CR105, 2022 WL 1785435, at *6 (D. Neb. June 1, 2022)(noting the "on-going threat" of new variants meant petitioner "remains at risk of reinfection"). There may only be a handful of COVID-19 cases at FCI Dublin as of the time of this filing but that can change very quickly. There was one case at FCI Dublin on December 2, 2020, which grew to 16 by December 13, 75 by December 19, was 106 two days later, before

---

[26] Blakinger, *US prisons face staff shortages, supra, n.4*

[27] Jacqueline Howard, *New coronavirus subvariants escape antibodies from vaccination and prior Omicron infection, studies suggest*, CNN Health (June 23, 2022), https://www.cnn.com/2022/06/22/health/ba4-ba5-escape-antibodies-covid-vaccine/index.html

peaking at 188 on December 22. The number of cases did not return to one until January 13, 2021.[28] Nor was this outbreak an anomaly. On December 12, 2021, there was one case, and the numbers went up slowly at first before peaking at 84 on February 2, 2022 – well after the BOP's vaccine roll-out. *Id.* at n.17.

Despite the BOP's best efforts, COVID-19 simply cannot be controlled in communal spaces where social distancing is impossible and rigorous masking and hygiene protocols cannot be met, whether that be a college dormitory, nursing home, or prison. Many people were denied compassionate release when the vaccine first came out because the danger of reinfection was thought to be speculative. Increased knowledge about the vaccine has flipped that calculus: it is now "speculative" to assume that people with multiple comorbidities who survived COVID-19 will have the same outcome if they get the disease again. *United States v. Long*, No. 17-CR-30056, 2021 WL 139982, at *3 (C.D. Ill. Jan. 14, 2021) ("Individuals in the custody of BOP are not guinea pigs.") (cleaned up).

## 2. Long COVID

Ms. Bratcher has been diagnosed with long-COVID, a condition in which the debilitating symptoms of COVID continue even after the virus is gone. Ex. H at 6, 9. "[E]merging research emphasizes the risk of so-called 'long COVID.'" *DeFoggi*, 2022 WL 1785435, at *6. The condition is a disability under the Americans with Disabilities Act (ADA).[29] It supports a finding of extraordinary and compelling circumstances. *United States v. McDermott*, No. CR CCB-14-0334, 2021 WL 4804019, at *2 (D. Md. Oct. 14, 2021) (acknowledging long-COVID symptoms as one condition that "pose[s] an elevated risk of severe illness from COVID-19"). Since

---

[28] *DOJ Trends, supra n. 17.*
[29] U.S. Department of Health & Human Services Office for Civil Rights and U.S. Department of Justice Civil Rights Division & Disability Rights Section, Guidance on "Long COVID" as a Disability Under the ADA, Section 504, and Section 1557, ADA.gov (July 26, 2021), https://www.ada.gov/long_covid_joint_guidance.pdf.

recovering from COVID, Ms. Bratcher is currently experiencing fatigue that interferes with daily life, breathing difficulties, "brain fog," severe headache, heart palpitations, and depression. Ex. H at 4. These symptoms are all associated with long-COVID. *Miranda*, 2021 WL 4592528, at *6. Her vulnerability to COVID-19 and her lingering debilitating symptoms are "extraordinary and compelling."

### 3. Comorbidities

The heightened risks that Ms. Bratcher faces from a COVID-19 infection due to her medical conditions weigh heavily in favor of her release. Ms. Bratcher has a BMI of 32.8, which is an undisputed "aggravating medical condition" increasing the danger of COVID-19. *See* Ex. H at 3. *McDermott*, 2021 WL 4804019, at *2 (granting compassionate release to 50-year-old man with a BMI of 32.7). More concerning for Ms. Bratcher, "increased risk for [COVID-19-related] hospitalization or death" associated with higher BMIs was "particularly pronounced in those under age 65."[30] She also suffers from angina pectoris, a sign of coronary heart disease. She has ischemia, which restricts blood flow, and thus oxygen, to the heart, which can lead to a heart attack. *See* n.9. Heart disease is another well-known comorbidity that leads to dangerous outcomes for COVID patients. *See* n.1. Her last stress test was in 2015. The BOP is giving her Metoprolol Tartrate, a beta blocker that requires regular blood pressure monitoring at least monthly. While incarcerated at FMC Carswell, Ms. Bratcher was under the care of a cardiologist, but the medical staff at FCI Dublin is not tracking her tolerance for the drug. *See, generally*, Ex. H.

Ms. Bratcher has an "unspecified" lump in her breast; her last mammogram was on March 30, 2020. Ex. H at 26, 150. She reports her sister just had a double mastectomy and her grandmother had breast cancer. She also has hypothyroidism; conditions affecting her urinary and

---

[30] Centers for Disease Control and Prevention, *Obesity, Race/Ethnicity, and COVID-19*, https://www.cdc.gov/obesity/data/obesity-and-covid-19.html (last updated Feb. 17, 2022).

reproductive systems, including abnormal bleeding; esophageal reflux; and debilitating migraines. Her cholesterol levels have been steadily rising. She is currently in a wheelchair because the pain from the plantar fasciitis makes it impossible for her to walk. The CDC warns that it is "especially important" for people with multiple health issues to take precautions against COVID-19, which Ms. Bratcher is unable to do while incarcerated. *Long*, 2021 WL 139982, at *2 (observing that social distancing is difficult in prison).

### 4. Mental Health

In addition to Ms. Bratcher's physical health concerns and comorbidities, she has mental health conditions that heighten her risk of developing a severe case of COVID-19. The CDC states that "mood disorders, including depression, . . . can make [individuals] more likely to get severely ill from COVID-19."[31] She is currently being treated for "Major Depressive Disorder" and PTSD. Ms. Bratcher began taking prescription medication for mental health issues in September 2020. Despite the BOP's awareness of these conditions, on the morning of March 14, 2021, Ms. Bratcher was in such a depressed state that she attempted to take her own life. Ex. H at 154. This event demonstrates that FCI Dublin is unable to adequately address Ms. Bratcher's mental health issues, putting her at heightened risk of not only contracting a severe case of COVID-19, but also of suffering life-threatening mental health crises.

In addition, "[r]obust evidence" has demonstrated that both stress and depression can "impair the immune system's response to vaccines," decreasing their already limited effectiveness by not only affecting the "primary immune response," but also potentially "erod[ing] antibody levels over time."[32] A "major depressive disorder," such as Ms. Bratcher's, "or clinical depression,

---

[31] *People with Certain Medical Conditions*, *supra*, n.1

[32] Annelise A. Madison et al., *Psychological and Behavioral Predictors of Vaccine Efficacy: Considerations for COVID-19*, 16(2) Perspectives on Psychological Science 191, 192-94 (2021).

causes stress, which impairs the immune system against viral infections, such as COVID-19." *United States v. Rodriguez*, 476 F. Supp. 3d 1071, 1075 (S.D. Cal. 2020) (finding "mental health conditions to contribute to extraordinary and compelling reasons warranting compassionate release"). Ms. Bratcher's physical health issues combined with her PTSD and depression, underlines that she is "at a higher risk of serious illness or other complications from COVID-19". *United States v. Johnson*, 464 F. Supp. 3d 22 (D.D.C. 2020), Ms. Bratcher's physical ailments and mental health combined with FCI Dublin's overtaxed medical care system and history of COVID-19 outbreaks mean her "fear of contracting the virus is real and not merely a general concern." *United States v. Lewis*, No. CR1800927PHXDGC1, 2021 WL 847991, at *4 (D. Ariz. Mar. 5, 2021). This concrete risk creates "extraordinary and compelling" circumstances that warrant compassionate release.

**B.     Ms. Bratcher Remains at Risk Despite being Vaccinated**

Being vaccinated is not a bar to receiving compassionate release. *United States v. Barnette*, No. 77-20014-JAR-1, 2021 WL 2805376, at *6 (D. Kan. July 6, 2021) ("[T]here can be no bright-line rule that a vaccinated individual is no longer at compellingly elevated risk . . . ."). As understanding about the mutations of the coronavirus increases, it has become clear that "effectiveness is not guaranteed and there are unknowns regarding the extent and duration of the vaccine's protection, [and thus] there may still be concern for particular individuals' increased risk of severe illness, even if fully vaccinated." *United States v. Palmer*, No. 8:13-cr-00623-PWG-2, 2021 WL 3212586, at *3 (D. Md. July 29, 2021). Prison conditions create risk that cannot be avoided "particularly given the impossibility of consistent social distancing while incarcerated in a congregate setting." *United States v. Suggs*, No. 3:99cr244 (JBA), 2021 WL 2661874, *5 (D. Conn. June 28, 2021). The Omicron variant in particular shows the vaccine has not ended the battle with COVID-19 because vaccines "provide comparatively little protection against Omicron

infection" and breakthrough infections "can still cause severe, possibly life-threatening illness in individuals who suffer from medical conditions that render them particularly vulnerable to the virus." *United States v. Brunetti*, No. 01 Cr. 257 (JFK), 2022 WL 92753, at *4-5 (S.D.N.Y. Jan. 10, 2022) Ms Bratcher cannot follow social distancing guidelines or the CDC's recommended precautions. Because of infections on her unit and the Level 3 status at FCI Dublin, she is on lockdown making it essentially impossible to spend time outside or obtain hygiene and cleaning products. The reality of life at FCI Dublin means that outbreaks and "breakthrough" infections among vaccinated and previously infected individuals are inevitable.

Ms. Bratcher fits the profile of someone at risk of developing a second, more damaging, case of COVID-19, thus meeting the "extraordinary and compelling" standard. The CDC currently recommends a second booster four months after the first one for those who are over 50 or immunocompromised, which Ms. Bratcher is. *United States v. Valencia-Lopez*, No. 05-CR-841 (NGG), 2022 WL 198604, at *3 (E.D.N.Y. Jan. 21, 2022) (citing CDC guidance). She is currently two months overdue for a second booster so that living in lockdown conditions increases her risk of infection at the same time that the efficacy of her vaccine protection is fading.[33] *Lewis*, 2021 WL 847991, at *4.

### C.    The Fact that Ms. Bratcher Is Serving a Life Sentence Does Not Disqualify her from Compassionate Release

Although Ms. Bratcher is currently serving a life sentence, the BOP is still responsible for her welfare and must take appropriate steps, including release, if it cannot keep her safe. *United States v. Tidwell*, 476 F. Supp. 3d 66, 75 (E.D. Pa. 2020) (releasing a cancer patient serving a life sentence). A life sentence can be reduced if extraordinary and compelling circumstances are

---

[33] *Stay Up to Date with Your COVID-19 Vaccines*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html (last updated Mar. 22, 2022).

shown. *See, e.g.*, *United States v. Luna*, 478 F. Supp. 3d 859, 864 (N.D. Cal. 2020) (drug trafficking); *United States v. Heffington*, 476 F. Supp. 3d 1042, 1053 (E.D. Cal. 2020) (same); *United States v. Parker*, 461 F. Supp. 3d 966 (C.D. Cal. 2020) (releasing a 65-year-old defendant sentenced to life who served 22 years). Although circumstances in which it would be appropriate to grant compassionate release to someone convicted of murder are—and should be—rare, they do exist: "other defendants convicted of both capital and other violent crimes and sentenced to life have been released by district courts in light of the pandemic." *United States v. Rios*, No. 3:94CR112 (JBA), 2020 WL 7246440, at *5 (D. Conn. Dec. 8, 2020) (citing *United States v. Fisher*, 2020 WL 5992340 (S.D.N.Y. Oct. 9, 2020)) (reducing a life sentence for involvement with a violent narcotics ring to time-served in light of defendant's admirable rehabilitation and the COVID-19 pandemic); *Tidwell*, 2020 WL 4504448, at *11 (releasing a man serving a life sentence for, among other things, two counts of murder in furtherance of a continuing criminal enterprise); *United States v. Curtis*, 2020 WL 1935543, at *1 (D.D.C. April 22, 2020) (releasing defendant under § 3582(c)(1)(A) despite his six concurrent terms of life for operating a sex-trafficking ring involving minors); *United States v. Williams*, 2020 WL 1751545, at *3 (N.D. Fla. Apr. 1, 2020) (granting release and reducing a life sentence for conviction of armed robbery because defendant's health concerns were serious enough that "an outbreak of COVID-19 in [Defendant's] facility would likely have fatal consequences for him").

Although rehabilitation alone is not grounds for compassionate release, medical conditions combined with fundamental personal change can be. In spite of being convicted of two separate murders, for example, Reginald Douglas was granted compassionate release due to his uncontrolled hypertension and extraordinary success at rehabilitation. *United States v. Douglas*, No. 10-171-4, 2021 WL 214563, at *7 (D.D.C. Jan. 21, 2021). Although Mr. Douglas had been a

threat in his youth, the court assessed whether he was a danger *at present*, deciding the answer was no. *Id.* The Court instead credited Mr. Douglas's work as a mentor, guiding younger men to use their time in prison to reassess their lives. *Id.* at 8. Ms. Bratcher shares Mr. Douglas's tremendous contributions to the prison community over a span of decades, as she similarly has mentored younger women and helped them change direction. Ex. D. She has no other criminal record whereas Mr. Douglas was involved in a gang in his youth.

Mr. Douglas's case is not an anomaly. Mr. Rios was sentenced to life for participation in a gang, drug trafficking, and violation of RICO, with a predicate act of murder. *United States v. Rios*, No. 3:94CR112, 2020 WL 7246440, at *1 (D. Conn. Dec. 8, 2020). The *Rios* Court was mindful of the implications of releasing someone who had taken a life, stating that "Mr. Rios's life sentence [was] a substantial, but not impossible, hurdle for him to overcome." *Id.* at *5. He was granted compassionate release after 26 years—about the same length of time that Ms. Bratcher has been incarcerated. *Id.* His medical conditions included obesity and hypertension. *Id.* at *3. His efforts at rehabilitation were commendable, including participating in programming and keeping a clean disciplinary record. *Id.* Rita Guzman also received compassionate release due to medical conditions and rehabilitation after serving 24 years for murdering and disfiguring her husband with an axe, although her son opposed her release. *United States v. Gluzman*, No. 7:96-cr-323, 2020 WL 4233049, at *1 (S.D.N.Y. July 23, 2020).

Ms. Bratcher is an even better candidate than Mr. Douglas, Mr. Rios, or Ms. Guzman. She has been incarcerated for the same amount of time as these individuals, has done more programming, is guided by her faith, and has a spotless disciplinary record. She has similarly spent the last 27 years refusing to let her sentence define her and has consistently served others, whether as caregiver to her aging and demanding mother, head of the suicide watch program at FMC

18

Carswell, a volunteer in the hospice center, or a mentor and spiritual guide to women who were just beginning their sentences. She deserves a second chance.

### III. MS. BRATCHER HAS BEEN INCARCERATED FOR OVER 25 YEARS AND HAS FULFILLED THE PURPOSE OF HER SENTENCE UNDER § 3553(a)

Although Ms. Bratcher is able to show that her medical conditions and vulnerability to COVID-19 constitute extraordinary and compelling reasons for her release, this Court must also consider whether the purposes of sentencing Ms. Bratcher have been fulfilled. 18 U.S.C. § 3553(a). Ms. Bratcher was convicted of a very serious crime but that does not seal her fate. The need for a sentence must be sufficient, but not greater than necessary, to serve the purpose of "just punishment, deterrence, protection of the public, and rehabilitation." *Dean v. United States*, 137 S. Ct. 1170, 1175 (2017).

#### A.   Exemplary Rehabilitation and Spiritual Growth

Ms. Bratcher is not the same person today as the woman who received a life sentence for the death of Billy Bratcher. Ms. Bratcher deserved to be locked up for a long time because of her complicity in her husband's death. She has spent more than half of her life behind bars, which "by any measure represents a very substantial punishment that reflects the seriousness of [the] offenses and the need for general or specific deterrence." *United States v. Regas*, No. 391CR00057MMDNA1, 2020 WL 2926457, at *5 (D. Nev. June 3, 2020). She has passed her child-bearing years and therefore will never have the family life that she enjoyed before her husband died. She has paid a high price for her role in Billy Bratcher's death.

This Court must answer a different question than the sentencing court, namely whether Ms. Bratcher *still* needs to be behind bars. *Pepper v. United States*, 562 U.S. 476, 491–92 (2011). The answer is no. Ms. Bratcher's post-sentencing conduct demonstrates that she has engaged in significant personal growth and rehabilitation, and the woman who would walk out of prison would

19

be an entirely different person from the young woman who walked in. The Supreme Court recently underscored that courts have "broad discretion" to consider "all relevant information" to sentence the "whole person before them" — discretion that "carries forward to later proceedings that may modify an original sentence." *Concepcion v. United States*, No. 20-1650, 2022 WL 2295029, at *7 (U.S. June 27, 2022). This includes "consider[ing] intervening changes" in the facts of the case when considering sentence modification. *Id.* at *4. "Significant weight" should be placed "on post-sentencing conduct" because it "provides the most up-to-date picture of [the requesting inmate's] 'history and characteristics.'" *United States v. Moore*, No. ELH-18-431, 2022 WL 137865, at *15 (D. Md. 2022) (quoting *Pepper v. United States*, 562 U.S. 476, 492 (2011)).

Ms. Bratcher has been incarcerated since 1995, when Bill Clinton was in his first term, 9/11 had not yet happened, and today's recent college graduates had not been born yet. Her overall record for the past quarter century demonstrates that she has satisfied the four identified purposes of sentencing: just punishment, adequate deterrence, protection of the public, and effective correctional treatment and rehabilitation. 18 U.S.C. § 3553(a)(2). In that time, she has taken responsibility and used her sentence as an opportunity to better herself, enrich her education, and broaden her abilities. Ms. Bratcher has a clean disciplinary record – not a single write-up in more than 25 years for even a minor infraction. Decades-long efforts at rehabilitation, especially by someone who has "no realistic hope of release," counsels in favor of granting compassionate release. *Brunetti*, 2022 WL 92753, at *6. Ms. Bratcher has taken advantage of every program that has become available to her, completing 11,170 hours of vocational and educational courses, including 5,400 hours of a UNICOR apprenticeship as a Customer Service Representative, 2,000 hours as part of a computer equipment apprenticeship, and another 2,000 hours as part of a dental apprenticeship. Ex. F. She has also demonstrated her willingness to explore and acquire a variety

of skills by participating in forklift and pallet jack training, an OSHA certification class, and a barista program. She is ready and equipped to be a positive and constructive member of her community.

For the last 27 years, she has consistently helped other incarcerated women by acting as a mentor and spiritual guide especially when they first arrive in prison disoriented and terrified. As Teresa West explains, Ms. Bratcher gives women "soap, shampoo and other things to just get started. . . . [S]he takes time for others who are lost and lonely when they arrive." Ex. D at 3. Not only has Chyann not given in to bitterness, she "tries to take care of the whole place by herself by feeding them when they are hungry, hugging people who are sad or just a smile when other need one . . . ." *Id.* Ms. Bratcher's devotion to the welfare of others makes her an excellent candidate for compassionate release.

The most important transformation has been Ms. Bratcher's ever-deepening commitment to her faith, which has been the foundation of her rehabilitation. She has received exceptionally high marks in a series of Christian Doctrine courses led by the American Bible Academy and graduated from an intensive 18-month faith-based program for female inmates "who wish to follow a spiritual pathway to personal change and development." Ex. F. She has also served in the inmate suicide watch cadre, has been a mentor for the Choosing Healthy Alternatives and New Growth Experiences (CHANGE) Program, and has volunteered to work hospice care at FMC Carswell to provide spiritual care for individuals at the end of their lives.

A resume of Ms. Bratcher's accomplishments does not capture the sincerity of her transformation. As she writes this Court "I grew up going to Church with my Grandmother but until I developed a relationship with Christ and became submissive to Him, I was just warming a seat." Ex. E. Her work in hospice allowed her to "become a vessel to be used 100% for their

21

[hospice patients] comfort and needs. Just to be present in a gentle, humble, loving way. This is a chance to really serve as God wants us to." *Id.* Ms. Bratcher would like to continue this work were she to be released. She also aspires to becoming a minister so that she can encourage people in "investing in a relationship with Him even when we don't feel worthy or when circumstances are difficult." *Id.* "If an inmate demonstrates a long, comprehensive record of rehabilitation, it goes to whether injustice would result if they remain incarcerated." *United States v. Shkambi*, No. 4:09-CR-193, 2021 WL 1721821, at *3 (E.D. Tex. Apr. 30, 2021), *aff'd*, No. 21-40386, 2022 WL 636628 (5th Cir. Mar. 4, 2022).

### B. BOP Staff Support for Release

The people who know Ms. Bratcher best, BOP staff who worked with her, are convinced that she should be given a second chance. Donna Mowell, who was Ms. Bratcher's supervisor at UNICOR at FMC Carswell, describes her in a letter to this Court as "conscientious, thoughtful, pleasant, hard-working, motivated, and reliable incarcerated woman." Ex. G at 2. Ms. Mowell mentions that "positive testimonials about working with Ms. Bratcher poured in from every department" and that she holds Ms. Bratcher "in the highest regard, not because she was a 'good inmate' to work with but because she was a good person to work with." *Id.* Ms. Mowell's endorsement is notable, as letters from prison officials supporting release are rare and are especially valuable to the Court. *United States v. Rodriguez*, No. 00 CR. 761-2 (JSR), 2020 WL 5810161, at *4 (S.D.N.Y. Sept. 30, 2020) (relying extensively upon "glowing" letters from prison officials, other inmates, friends and family to grant compassionate release to a defendant convicted or torturing and murdering a police informant). As a retired BOP employee, Ms. Mowell endorses Ms. Bratcher's motion for compassionate release: "I believe the function of corrections is to help the incarcerated develop the skills to be productive citizens and good neighbors upon release. I have no doubt she'll exceed all expectations of the Court and be a good neighbor." Ex. G at 3.

Ms. Mowell is not alone in her belief that Ms. Bratcher deserves a second chance. Reverend Robert G. Danage, who was the Supervisory Chaplain at FMC Carswell and on the compassionate release committee when Ms. Bratcher was there, states unequivocally that "Ms. Bratcher should be released from prison." Ex. G at 1. He first met Ms. Bratcher in 2006 and notes that she "has comported herself over the years of my knowing her in a very dignified honorable manner. I have no concerns with her making a successful transition back to society." *Id.* Reverend Danage served as a BOP chaplain for 30 years and currently leads the Faith Without Walls Prison Outreach Ministry, which provides re-entry services. He has pledged to support Ms. Bratcher should she be released. *Id.*

### C.  Ms. Bratcher Is Not a Danger to the Community

Three people were convicted for their roles in Mr. Bratcher's death: Ms. Bratcher; her mother, Brenda Fine; and her brother, Thomas Fine, who was the person who caused Billy Bratcher to fall overboard. Ms. Fine was known to manipulate both of her children. She had drawn her son into multiple insurance frauds and then manipulated both her children in an insurance fraud that involved murder. She played the leading role in devising the scheme that led to Mr. Bratcher's death, and she will continue to serve a life sentence as a result. Several women who have served time with Ms. Bratcher and her mother mention "the controlling and manipulative manners in which Brenda treated Chyann." Ex. D at 6. As her friend of 20 years, Gindy Lacey, puts it: Chyann "has been stripped of most of her life due to her mother's greed and controlling manners. . . . She is a wonderful woman and deserves to go home*." Id. see also*, Ex.D at 14  (describing how Brenda would manipulate her daughter "on a daily basis"). Ms. Bratcher knows nothing will bring Billy back and that she "made harmful choices to not only myself but my community and the people I love." Ex. E. But she asks this Court to take into consideration that she was young, overwhelmed, and was misled by her own mother – the person she trusted most for guidance.

23

Although the court must recognize the "importance of finality in criminal proceedings" when considering a sentence reduction, Ms. Bratcher asks the Court to consider that "justice has a role, too," and "a decision does not cease to be an 'exercise of reason simply because it is also an exercise of compassion.'" *United States v. Santamaria*, 516 F. Supp. 3d 832, 836, 839 (S.D. Iowa 2021) (quoting *United States v. Likens*, 464 F.3d 823, 827 (8th Cir. 2006) (Bright, J., dissenting)). This Court has full discretion to give weight to the fact that Ms. Bratcher does not pose the same risk to society that her mother does. *Concepcion*, 2022 WL 2295029, at *9 ("Nothing in . . . the First Step Act . . . overcomes the established tradition of district courts' sentencing discretion."). She was young at the time of the crime and has shown tremendous growth, grounded in faith, throughout her sentence. Ms. Bratcher could safely be released. Prior to her current charge, Ms. Bratcher had no criminal history. Ex. C at 9. Her "minimum" PATTERN risk score, "low" security classification, and extensive rehabilitation demonstrate that she will not recidivate. Ex. A.

Ms. Bratcher has a robust re-entry plan. She plans to live with her aging father in Decatur, Texas, where she has job prospects given her extensive training and job history in prison. Ex. B; Ex. F. Others in the community look forward to welcoming her back. For example, Ms. Ramona Patino, a friend of Ms. Bratcher, wrote in a letter of support that, "[Ms. Bratcher] is someone whom people are drawn to and look up to. [. . .] There is no doubt in my mind that Chyann will be a positive addition to society if released. I am asking you to please consider Chyann for compassionate release to be with her family." Ex. D at 7. Her fellow-inmate Shawna Smith has written the Court urging an "investment" in Ms. Bratcher's "excellence." *Id.* at 2. That investment would pay off rich dividends for Ms. Bratcher, her family, and her community.

**CONCLUSION**

Accordingly, Ms. Bratcher respectfully requests that this Court grant her compassionate

release under whatever conditions this Court deems necessary.

Respectfully submitted,

/s/ Slater Elza
Slater Elza
Texas Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas  79105
(806) 376-5613
Fax:  (806) 379-0316

/s/ Catherine Sevcenko
Catherine Sevcenko
Bar No 484218
National Council for Incarcerated and Formerly
Incarcerated Women and Girls
300 New Jersey Ave, NW #900
Washington DC  20001
617-299-2604 x703

ATTORNEYS FOR CHYANN FINE BRATCHER

## CERTIFICATE OF CONFEENCE

I hereby certify I communicated with AUSA Mark Nichols on August 3, 2022 and he informed me that the Government opposes this Motion.

*/s/ Slater Elza*
Slater Elza


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served via ECF to all counsel of record, this 3rd day of August, 2022.

*/s/ Slater Elza*
Slater Elza

# EXHIBIT A

DUBCZ   606.00 *   FEMALE CUSTODY CLASSIFICATION FORM                01-12-2022

PAGE 001 OF 001                                                      07:31:12

(A) IDENTIFYING DATA

REG NO..: 27051-077        FORM DATE: 01-02-2022         ORG: DUB

NAME....: BRATCHER, CHYANN FINE

                                  MGTV: GRTR SECU

PUB SFTY: NONE                    MVED: 10-15-2022

(B) BASE SCORING

DETAINER: (0) NONE            SEVERITY.......: (7) GREATEST

MOS REL.: 580                 CRIM HIST SCORE: (00) 0 POINTS

ESCAPES.: (0) NONE            VIOLENCE.......: (0) NONE

VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54

EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

(C) CUSTODY SCORING

TIME SERVED.....: (3) 0-25%      PROG PARTICIPAT: (2) GOOD

LIVING SKILLS...: (1) AVERAGE    TYPE DISCIP RPT: (5) NONE

FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +9   | +18  | -2       | +7        | MINIMUM    | LOW            | IN      | DECREASE |


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

# EXHIBIT B

## DECLARATION OF TOM FINE

I, Tom Fine, state and declare as follows,

1. My name is Tom Fine and I am the father of Chyann Fine Bratcher.

2. Chyann was born in Amarillo, Texas in 1972.

3. Chyann was a happy child who loved animals and she especially loved horses. She had her own horse that was a gift from her grandfather and she would ride it all the time.

4. Chyann and Tommy, her brother, had a good relationship and got along well.

5. Chyann and Billy Bratcher spent a lot of time together as children and eventually married. They were very happy together.

6. Billy spent a lot of time with not just Chyann, but others in our family as well. Billy and I spent a lot of time together, doing things like fishing and darts, both at his house and in other locations. We also worked together on multiple projects and on several different occasions.

7. Brenda Fine, Chyann's mother, did not like Billy.

8. Brenda and I do not get along anymore and we divorced about 19 years ago.

9. I was not present when Billy died. I was working on a project that day and was notified via phone call that he had passed. Once I had heard that he had passed, I assumed he had drowned after getting mad while at the lake. There was no thought of or sign of foul play. Much later after he died, Billy's parents started making murder accusations.

10. After Billy died, I lost both of my kids. It was tough no longer having Chyann and Tommy around.

11. I occasionally spent time with my granddaughter, Brianna, but mainly when she was younger. Now, she mostly stays in contact with my youngest daughter, her aunt.

12. I am close to my grandson, Tanner, and have visited him and his family many times over the years. We have a great relationship and I enjoy spending time with him.

13. Tanner and Chyann have remained in contact with one another over the years. I believe that they will continue to foster a relationship and connection if Chyann is released.

14. Tommy, who was also convicted for Billy's death, was released from prison about a year ago and moved in with me. He lived with me for about six months and then I helped him get back on his feet and move into his own trailer.

15. Tommy recently and unexpectedly passed away earlier this month due to a heart attack.

16. I will be very happy to have Chyann come home and stay with me if she is released.

17. I have had my house inspected and have been preparing for the day when Chyann is released. I have set up a bedroom for Chyann and would gladly welcome Chyann into our home. I also have two motor vehicles, both of which Chyann would be able to use.

18. I have asked around our city about job opportunities and believe that Chyann will have several employment opportunities if she is released. Her training and credentials will give her multiple job options in our area.

19. I see a cardiologist once a month for heart issues. I travel to two different locations for my cardiologist visits.

20. I am getting older and am reaching a point where I sometimes need help to get things done. My son, Tommy, usually helped me whenever I needed assistance, but now that he has passed away, I no longer have someone present that can help me.

I declare under penalty of perjury that the statements are true and correct to the best of my knowledge.

Executed on this ___4___ day of ~~May~~ June 2021.

Tom Fine

2

# EXHIBIT D

April 25, 2021

To Whom it concerns:

My name is Shawna Smith and I am currently incarcerated at FCI Dublin. I am writing this on behalf of Ms. Chyann Bratcher. in hopes that it may lean toward a positive result in her request for clemency.

I am currently enrolled in the mental Health / Cadre Companion program for FCI Dublin, and I am assigned to Ms. Bratcher. I have observed Chyann reach out for guidence and assistance with zeal in many areas while pushing toward her goal of emotional and mental stability. I am not writing this to tell you how much she deserves a second chance, as I believe there are many others who have and will. I am writing this to share that I believe Ms. Bratcher will continue to use and maintain the tools to ensure

a healthy and stable mental and emotional state upon her release from prison should this be the outcome of your decision.

I am looking forward to the day that she is released and await the many good reports to come regarding Ms. Bratcher.

I thank you for your time in this matter and your investment in her excellence.

Sincerly,

Shawna Smith

To whom this may Concern.                     4-20-2021

I am Writing this letter with hope that in
Some way this Could be beneficial to your
Judgement as to the Character of Chyann Bratcher.
Chyann as been an inspiration to so many here
in Dublin, whether it be from teaching Crochet,
or Knitting or beading or Just about Any Craft
Program she has taught, or Just for some
Civilized advice in General. She is Very Smart
and Kind and has a heart of gold. When People
Arrive here I've Seen her give them Soap,
Shampoo and other things to Just get started.
She is Very helpful in Showing them how to do
things that Are Simple to us. What I am trying
to Point Out is she takes time for others who
Are lost and lonely when they Arrive. As I do
understand you have probably heard all these
things before, The difference is as people do alot
of time as she has, It tends to make them
bitter. Yes time tends to make most of us bitter.
They loose hope in Ever leaving and become
angry at the World and Very Negative aswell.
I have lived next door to Chyann for Over
five years now and she has no bitterness
at all. She is like a sister to me. We have

been Mistaken for one Another so many times.
this to me is a true Compliment. When We
Are in Prison the little things mean so much.
sometimes Just Knowing you have someone you
Can talk to means so much. Chyann has takin the
faith based Program in Carswell. She is sincere
and Real. There Are so many People here that
Are fake and all that matters is themselves
"You Gotta take Care of Yourselves in here" These
Are Words you hear in here, Not Chyann she
tries to take Care of the whole place by herself,
by feeding them When they Are hungry, hugging
people who Are sad or Just a smile When others
Need one, even though inside I Know she is
hurting inside. These Are people in my Perspective
who Can be a Good Asset to Our Community Outside
of here. Her testimony is One to be heard. I
believe god Works Miracles Everyday I Am
Asking you to please Consider releasing her,
and let her share her testimony with Others. I
Am sure she Can help as many out there as
she has in here so that they May Never
have to Come to a place like this. It's not
a Country Club by all Means. It is very hard
in the Federal System. Most People Carry
their same traits to prison Lying, hustling and

thriving, what got them put here to begin with. Chyann does not think of herself she thinks and worries about others Everyday and how to help people to just get through another day. When people arive with a fine yr. sentence they feel like its the End of the World. Chyann Was a suicide Companion for Many years, she also worked with the terminally ill patients at Carswell. I know that had to be hard with no Outdate herself. She once told me life is not all about Ourselves. In so many ways It is different in here but Our Values and Character stays the same. Chyann has wonderful Values. I have grown to love and respect and Admire those things about her. She has Courage and faith in life's ups and Down's. the good and the Bad. She is worthy of living what life she has left in helping others Out of here, please Consider her for this, Thank you for your time in reading this letter. I have written to you from the bottom of my heart

Sincerly

Teresa A. West


Catherine Sevcenko <csevcenko@thecouncil.us>

# Fwd: Letter for Chyann
1 message

Fri, Jan 7, 2022 at 1:19 AM

**From:** Gindy Lacey
**Date:** January 6, 2022 at 10:22:03 PM CST
**To:**
**Subject: Letter for Chyann**


Dear Madame or Sir:

I am a longtime friend of Ms. Chyann Fine Bratcher. I met her while in the CHANGE program in FMC Carswell. We have been friends for over 20 yrs now. I have seen Chyann at her very worst and she still maintains the caring and loving personality always. She is someone who is always thinking of others. I was very close to her and her mother Brenda Fine. Unfortunately...this is why I was a witness to the controlling and manipulative manners in which Brenda treated Chyann. On numerous occasions Brenda would make comments about Chyann's "worthless husband" and I would see how it would hurt Chyann. Chyann told me once in a private conversation that she missed her husband so much and still loved him deeply. She also said that at the time of his death they were trying to have another baby. I know in my heart that Chyann had nothing to do with his death. She has been stripped of most of her life due to her mother's greed and controlling manners. Please I beg you...give her another chance at life. She has grandchildren now she has never met. She is a wonderful woman and deserves to go home.

With Kindest Regard

Gindy Lacey

Judge Matthew J. Kacsmaryk

Jones Federal Building

205 East Fifth Avenue Rm 103

Amarillo, Texas 79101


Dear Honorable Sir:


My letter today is about my friend Chyann Bratcher #27051-077. I have had the pleasure of calling her my friend for a very long time now. Chyann is someone whom I have a great deal of respect for. She has always been a stand up and trustworthy friend to me. I have had many hard times that she helped me through. I am a cancer survivor and she always made it a point to put a smile on my face anytime I saw her.

Chyann is an outstanding person in my opinion. I witnessed her giving nature and experienced it myself. She likes to work and she has taken several rehabilitation programs while I have known her. Chyann has maintained her composure during her long incarceration. She is someone whom people are drawn to and look up to. I believe she deserves a second chance. I will help her when she comes home as best as I can. Since she has been incarcerated she lost touch with her two children. I can't imagine. But she does have the desire to re-connect with them since they were very young when she was convicted.


There is no doubt in my mind that Chyann will be a positive addition to society if released. All of the different programs and mentorships she has accomplished will help her. I am asking you to please consider Chyann for compassionate release to be with her family. I believe she has paid her debt to society and has changed a great deal for the better.

Thank you in advance for your prompt attention to this matter.


Sincerely

Ramona Patino

Ramona Patino



**Catherine Sevcenko <csevcenko@thecouncil.us>**

# Fwd: Chyann Bratcher
1 message

Mon, Jan 10, 2022 at 11:27 AM

**From:** Melissa Meredith
**Date:** January 10, 2022 at 8:35:22 AM CST
**To:**
**Subject: Chyann Bratcher**

To Whom It May Concern:

My name is Melissa Meredith and I was incarcerated with Chyann Fine Bratcher at FMC Carswell. During the course of our friendship I witnessed several incidents where her Mother Brenda Fine would manipulate and demand things of her. This seemed to me to be the type of relationship between the two of them. I did not ever think Chyann could possibly have anything to do with the death of her husband. She was very emotional when she spoke about it and him. She loved him dearly and missed him. Chyann was heartbroken by his death. Brenda would make negative and hateful comments about Chyann's deceased husband in front of me. I was and still am convinced that Brenda was the person who told Chyann's brother to push
Billy(Chyann's husband) off the boat. I completely support Chyann being given a second chance at life. Please grant her a compassionate release. She is a good person and I believe she will be a good member of society. Thank you for your time.

Melissa Meredith

Dear Judge Kacsmaryk,

My name is Michael Mackow. I am a friend of Chyann Bratcher who is incarcerated in the federal facility in Dublin, California.

This January will make 9 years that I've been corresponding with Chyann. I did not know her before that time. I have corresponded by mail, email, phone and visits face to face in Corrlinks video program. I usually email or chat with her by Corrlinks once a month.

We do not have a romantic relationship, just a friendship. Back in 2012, my church stressed the scripture that talks about visiting people in prison. I went online and Chyann was one of the two that I started corresponding with. I did not care if she said she was innocent or guilty.

When I first started corresponding to Chyann, I don't know if I'd say she was as much angry as very stressed without hope. Since then I have seen a total difference. Of course she is tired and stressed sometimes as we all are but her demeanor and continence is 1,000% better. I have never heard her be mean or violent. I know sadness gets her down sometimes but I do not think she would in any way be a threat to anyone.

She always seems to be truthful to me in her voice and actions cam to cam.

I would ask that you consider her for clemency.

Thank you,

Michael Mackow

Your Honor,

Cheyanne Bratcher is a great woman... one with a huge heart! I've known her since 2012 where I met her at Carswell.

She befriended me while we were doing our laundry. My first impression of her was that she is real... always go with my instinct and my instinct was right she is a wonderful person who spent her time helping the new inmates adjust to the prison.

She had the respect from her peers and some of the C.O.'s. Held her head up when things got tough.

She's soft-spoken but wise. Her 25 years was spent programming, taking every class she could. She really deserves to be released.

I don't think that she should still be incarcerated. Definately a different person now than way back then.

I think she's honest and has a bright future if you allow her this chance.

Thankyou for your time

Jennifer Langwell

august 3, 202
Sandra Epperson

Judge Kacsmaryk
J. Marvin Jones Fed. Bldg.
205 E. Fifth Ave. Room 103
Amarillo, Texas 79101


To whom it may concern: In referen
to, ChyANN Bratcher:

I was visiting my daughter in FMC
Carswell. They were having our photo
session and I was introduced to the
photographer, ChyAnn Bratcher. She
impressed me with her sweet
smile and kindness as she profession
ally posed us and took such pictures.
We instantly bonded, her Spirit wa
Kindred to mine. I knew she was a
Christian.

These past six and a half years we've
corresponded and I've learned of her
concern for others and her constant
care of her Mother. Such help and
comfort she has shown:
As I learned of her various jobs
durning her stay in the Texas prison

and also in the California Prison
I could tell that she was a trusted
and efficent employee

   She will be a loyal and respecte
citizen back in society. She is a
good friend and has impeccable
charscter.

                  Truthfully yours,
                  Sonia Epperson

Judge Kacsmaryk

J. Marvin Jones Federal Building

205 East Fifth Avenue Room 103

Amarillo, Texas 79101

Your Honor:

I am writing to you in reference to my friend Chyann Bratcher #27051-077. I have known Chyann now over 20 years.  She was my mentor in a program at FMC Carswell called the CHANGE program. She is and has always been a very kind and giving person to me.  I had a hard time adjusting to my environment at FMC Carswell and she made it easier for me.

Chyann is an outstanding person in my opinion. I witnessed her giving nature and experienced it myself. She is a hard worker and held several "honorable" jobs while I knew her.  Chyann has maintained a completely clear conduct during her long incarceration. That is a huge testament in itself. I have never believed her guilt in her case and believe she deserves a second chance at life. I would be honored to help her when she is released in any way I possibly can. She has two children who want to know their mother.  Both were very young when she was convicted.

I know in my heart that Chyann will be an excellent member of society if released. Her vast achievements while incarcerated are proof of that. I am asking you to please consider Chyann for release from the BOP to be with her children and live out her life as a productive member of society.

Thank you for your time.

Respectfully

*Gindy Lacey*

Gindy Lacey

Dear Honorable Judge                                    July 12, 2022

My name is Jessica Carroll, and I am honored to write and tell you about Chyann Bratcher. I was incarcerated with her for almost ten years in FMC Carswell and another five in FCI Dublin. I worked with her on many job details and special projects which allowed me to know her as more than just a woman serving life in prison.

In 2007, Chyann was very welcoming when I arrived at FMC Carswell. She showed me around the various departments and helped me learn the ropes of doing a lengthy sentence. She also helped me obtain a job with the Federal Prison Industries at the 411 Call Center located on the compound and helped to train me to be a top quality agent. Throughout our almost 15 years of incarceration together we became close and we consider each other "sisters of the heart."

Despite her harsh sentence, she has never given up on her faith that God will allow her a second chance at life on the outside of the razor wire fence. She has always been such a positive woman and dedicates much of her time ministering to people in various ways. I have witnessed her tutoring people who are studying for their GED, helping elderly women with basic functions, loving the unlovely, and she shares her faith in Jesus Christ with all who have ears. She has been a dedicated employee to every job she has ever worked and goes out of her way to be available even beyond standard working hours.

I was also roommates with Chyann's mother, Brenda Fine, during my yearlong stay in Unit 1 North for the C.H.A.N.G.E. Program. I witnessed Brenda manipulating her daughter on a daily basis. Brenda would try to get Chyann to break prison rules so she could have some type of comfort for herself. One time Brenda got caught with an improvised hot plate and tried to blame her daughter rather than take responsibility herself.

In spite of her mother, Chyann has maintained a clear disciplinary history for every year she has been incarcerated, which is no small feat. It is almost unheard of for someone to do this. It shows that she is no longer under her mother's control but has grown into a mature woman who will be an asset to society once she is released. She has taken a plethora of trainings and programs to prepare her for living a law-abiding productive life upon her release. There is no doubt in my mind that if she is given a second chance at freedom, she will not disappoint you.

Chyann has my full support for a compassionate release. I urge this Court to seriously consider and grant her a compassionate release.

Sincerely,

*Jessica L. Carroll*

Jessica L. Carroll

# EXHIBIT E

The Honorable Matthew J. Kacsmaryk,

I come before you with a repentant heart. I can't undo the acts that brought me to prison, all I can do is lay myself before the court and ask for Gods mercy to be given through your decision. I am asking for a second chance, not to invalidate my crimes, but a chance to do better and that you are willing to give me that chance.

As I sit here and reflect back on my life before prison and now, I see many times that I have made harmful choices to not only myself but my community and the people I love. My time here has changed my life and my outlook on life. I have done a lot of soul searching. You see I grew up going to Church with my Grandmother but until I developed a relationship with Christ and became submissive to Him I was just warming a seat. What God has done for me and continues to do is so much bigger than I could have even imagined. It is a heartfelt understanding that sustains me even at my lowest. The reasons I tell you all this, is so you understand how I have done my sentence since 1995 at the age of 23. I have taken many classes and programs, but none prepared me for the life changes that would happen when I made two decisions in prison. The first was to volunteer to serve as a Hospice

PS 2    companion and the second was to join the Life Connections Program. To begin let me say I am here every day by the very mercy of God. Now my journey with Hospice. Hospice taught me how to open up to the service of others at a very hard time and vulnerable time for them. I became a vessel to be used 100% for their comfort and needs. Just to be present in a gentle, humble, loving way. This is a chance to really serve as God wants us to. I would be honored to continue Hospice outside of here.

The Life Connection Program is a voluntary Faith based intensive program 5 days a week for 18 months. The program is taught from a Spiritual pathway to personal change and development. For the first time I learned the term Moral Compass and what it means. My eyes were opened to a tender loving friendship with my Lord. Not the same head knowledge I grew up with, but the deep loving heartfelt understanding of what it is to have a relationship that gives me hope and peace. More understanding of my relationship with Christ. I want to live a life pleasing to God.

I've thought about what I would like to accomplish upon release. I know I want to share with youth and young adults that worship is more than singing songs to God. It is investing in a relationship with Him even when we don't feel worthy or when circumstances are

PS 3   difficult. I have given a lot of thought about working toward being an Ordained Minister so I could take my relationship with God out to the streets, to the people who don't feel worthy of going into a Church. There is a street ministry called Beautiful Feet in Ft Worth that does this and I would like to be a part of their model so more people would come to know Christ.

Thank you so much for taking the time to read from my heart.

Sincerely,
Chyann Bratcher

EXHIBIT F

```
 DUBCZ          *           INMATE EDUCATION DATA          *    11-23-2020
PAGE 001        *               TRANSCRIPT                 *    07:15:14

REGISTER NO: 27051-077    NAME..: BRATCHER
FORMAT.....: TRANSCRIPT   RSP OF: DUB-DUBLIN FCI          FUNC: PRT


------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
DUB  ESL HAS    ENGLISH PROFICIENT             01-12-1996 1116 CURRENT
DUB  GED HAS    COMPLETED GED OR HS DIPLOMA    01-16-1996 1200 CURRENT


------------------------  EDUCATION COURSES  --------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
DUB  F     ACE FOOD SAFETY AND SANITATION 09-28-2020 CURRENT
DUB  F     ACE PATH 2 MENTAL WELL SELFSTY 11-11-2020 11-12-2020  P  C  P    6
DUB  F     ACE THINK & BE HEALTHY SELFSTY 11-09-2020 11-10-2020  P  C  P    6
DUB  F     ACE CONFLIC RESOLUTION 2 SLFST 11-04-2020 11-05-2020  P  C  P    6
DUB  F     ACE CHANNELING STRESS 2 SELFST 10-06-2020 10-06-2020  P  C  P    3
DUB  F     ACE CONFLIC RESOLUTION 1 SLFST 10-12-2020 10-13-2020  P  C  P    6
DUB  F     ACE CHANNELING STRESS 1 SELFST 10-05-2020 10-05-2020  P  C  P    3
DUB  F     ACE EXPLORING CAREER SELFSTDY  09-01-2020 09-01-2020  P  C  P    3
DUB  F     ACE REBRADNING YRSELF SELFST 2 08-22-2020 08-22-2020  P  C  P    3
DUB  F     ACE REBRADNING YOURSELF SELFST 08-21-2020 08-21-2020  P  C  P    3
DUB  F     ACE PEAK BRAIN PERFORM SELFST  08-21-2020 08-28-2020  P  C  P    8
DUB  F     ACE CIVIL RIGHTS MOVEMT SELFST 08-27-2020 08-27-2020  P  C  P    3
DUB  F     PARENTING WITH DIGNITY SELFSTD 08-19-2020 08-26-2020  P  C  P   10
DUB  F     BEG.CROSS STITCH/FCI           06-09-2019 07-15-2019  P  C  P   12
DUB  F     INTRO/PLASTIC CANVAS/W/600PM   11-12-2018 12-17-2018  P  C  P   16
DUB  F     BEGINNERS CROCHET CLASS        04-29-2018 06-04-2018  P  C  P    6
DUB  F     REC CARD MAKING CLASS FCI      02-25-2018 04-08-2018  P  C  P    6
DUB  F     SUICIDE WATCH INMATE CADRE     01-01-2018 03-31-2018  P  C  P    6
DUB  F     SUICIDE WATCH INMATE CADRE     10-01-2017 12-31-2017  P  C  P    2
DUB  F     SUICIDE WATCH INMATE CADRE     07-01-2017 09-30-2017  P  C  P   11
DUB  F     SUICIDE WATCH INMATE CADRE     04-01-2017 06-30-2017  P  C  P    4
DUB  F     SUICIDE WATCH INMATE CADRE     01-01-2017 03-31-2017  P  C  P    6
DUB  F     FORKLIFT & PALLETJACK TRAINING 02-24-2017 03-03-2017  P  C  P    4
DUB  F     OSHA CERTIFICATION CLASS       11-28-2016 12-05-2016  P  C  P   10
DUB  F     BARISTA PROGRAM/COFFEE FUNDAME 11-02-2016 12-07-2016  P  C  P   42
DUB  F     INTRO INTO CLAY AND POTTERY    08-25-2016 10-06-2016  P  C  P   24
DUB  F     BEG CERAMICS/SUN/600P          08-16-2016 09-21-2016  P  C  P   12
DUB  F     RPP6/TRAUMA & RECOVERY         07-06-2016 09-07-2016  P  C  P    8
DUB  F     BASIC COMPUTERS FRI 1230-330PM 08-06-2016 08-27-2016  P  C  P    8
DUB  F     ORIGAMI FUNDAMENTALS           07-06-2016 08-10-2016  P  C  P   12
DUB  F     BEG CERAMICS/SUN/600P          07-06-2016 08-10-2016  P  C  P   12
DUB  F     REC CARD MAKING CLASS          07-06-2016 08-10-2016  P  C  P    6
DUB  F     BLOCK PRINT FCI EVENINGS       07-06-2016 07-27-2016  P  C  P    4
DUB  F     UNICOR CSR APPRENTICE PROGRAM  01-12-2016 07-08-2016  P  C  A 5400
DUB  F     MACRAME MON & FRI 6-7:00PM     07-06-2016 07-13-2016  P  C  P    4
DUB  F     ORIGAMI FUNDAMENTALS           05-25-2016 06-25-2016  P  C  P   12
DUB  F     PAPERMAKING FCI AFTERNOON      04-24-2016 05-15-2016  P  C  P    8
DUB  F     INTRO INTO BEADING/MON/530-7   01-12-2016 02-09-2016  P  C  P    8
CRW  LOW   AM I DRINKING ENOUGH WATER     12-05-2015 12-10-2015  P  C  P    1
CRW  LCP   HEALTHY LIFESTYLE              03-23-2015 03-26-2015  P  C  P    4

G0002      MORE PAGES TO FOLLOW . . .
```

```
    DUBCZ        *        INMATE EDUCATION DATA        *      11-23-2020
PAGE 002         *           TRANSCRIPT               *      07:15:14

REGISTER NO: 27051-077      NAME..: BRATCHER              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DUB-DUBLIN FCI

-------------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION             START DATE  STOP DATE  EVNT AC LV   HRS
CRW LOW    OVERALL WELLNESS COURSE        06-15-2012 08-31-2012   P   C  P      8
CRW LOW    RPP LEISURE PLANNING AREA 6    04-01-2012 05-24-2012   P   C  P      8
CRW LOW    CAPSTONE COLLEGE CLASS         08-29-2011 12-15-2011   P   C  P      3
CRW LOW    COLLEGE BUSINESS LAW           01-17-2011 05-11-2011   P   C  P     48
CRW LOW    ACE STUDY & MASTERY WORD PROBL 04-19-2010 06-07-2010   P   C  P      8
CRW LOW    COMPUTER PER. EQUIP OPER. APPR 09-04-2009 03-29-2010   P   C  A   2000
CRW LOW    RELATED TRADES COURSE          09-04-2009 03-29-2010   P   C  P    144
CRW LOW    SPINNING CLASS                 07-27-2009 09-30-2009   P   C  P     24
CRW LOW    ACE ELECTRONIC LAW LIBRARY     07-13-2009 07-13-2009   P   C  P      2
CRW LOW    DEC STATIONARY CAMP            02-09-2009 02-12-2009   P   C  P      8
CRW LOW    BEG CROCHET/MC                 12-09-2008 12-09-2008   P   C  P      8
CRW LOW    COLLEGE PERSONAL MONEY MGMT    08-19-2008 12-09-2008   P   C  P     42
CRW LOW    JOB FAIR INFORMATION HOSPITAL  09-05-2008 09-05-2008   P   C  P      2
CRW LOW    OFFICE TECH PROGRAM/MC         10-15-2007 03-14-2008   P   C  C    120
CRW LOW    PROFESSIONAL TEST/OFFICE TECHN 01-07-2008 02-14-2008   C   C  P      0
CRW LOW    KEYBOARD/10-KEY/OFFICE TECHN   10-15-2007 03-14-2008   C   C  P      0
CRW LOW    FINANCIAL RECORD/OFFICE TECHN  01-14-2008 01-25-2008   C   C  P      0
CRW LOW    COMPUTER SKILLS/OFFICE TECHN   11-30-2007 02-21-2008   C   C  P      0
CRW LOW    CLERICAL SKILLS/OFFICE TECHN   10-15-2007 11-29-2007   C   C  P      0
CRW LOW    FUN CRAFT CLASS RECREATION     10-07-2006 10-28-2006   P   C  P      8
CRW LOW    BASKET WEAVING CLASS           10-06-2006 10-27-2006   P   C  P      8
CRW LOW    FUN CRAFT CLASS RECREATION     09-09-2006 09-30-2006   P   C  P      8
CRW LOW    BEG WOOD CRAFT/MC              08-10-2006 08-31-2006   P   C  P      8
CRW LOW    FUN CRAFT CLASS RECREATION     08-07-2006 08-29-2006   P   C  P      8
CRW LOW    INTERMEDIATE WALK/RUN MC       09-15-2004 08-17-2006   P   C  P      4
CRW LOW    BASKET WEAVING CLASS           01-08-2005 01-29-2005   P   C  P      6
CRW LOW    AMERICAN CANCER SOCIETY SEMINA 10-30-2004 10-31-2004   P   C  P      1
CRW LOW    BEG WALK/RUN MC                06-10-2004 09-14-2004   P   C  P    125
CRW LOW    AUDIO-VISUAL TRAINING/MON 0700 11-21-2003 01-20-2004   P   C  P      5
CRW LOW    DENTAL TECH (DENTURE) APPRNTIC 02-01-2002 09-16-2002   P   C  M    480
CRW LOW    RPP6/VALUES 2                  08-14-2001 08-14-2001   P   C  P      8
CRW LOW    RPP6/VALUES 1                  06-12-2001 06-12-2001   P   C  P      6
CRW LOW    BEG. PLASTER CANVAS            07-24-2000 09-01-2000   P   C  P      2
CRW LOW    SIGN LANGUAGE CLASS FOR HOSP.  12-01-1999 06-01-2000   P   C  P     25
CRW LOW    RPP6/HUMAN SEXUALITY           07-20-2000 07-20-2000   P   C  P      8
CRW LOW    RPP6/HUMAN SEXUALITY           04-24-2000 04-24-2000   C   C  P      8
CRW LOW    BEG KEYBOARDING 1800-1930 T/TH 04-20-1999 07-08-1999   P   C  P     36
CRW LOW    BEGINNING FIMO CAMP            03-17-1999 04-21-1999   P   C  P      4
CRW LOW    WALKING PROGRAM                02-17-1999 03-05-1999   P   C  P      6
CRW LOW    DEC STATIONARY MAIN INST       10-08-1998 10-08-1998   P   C  P      1
TAL F      DENTAL APPRENTICESHIP          06-04-1996 06-12-1997   P   C  A   2000
TAL        EVENING HISTORY COURSE         08-13-1996 09-05-1996   P   C  P     24
TAL        EVENING HISTORY COURSE         07-16-1996 09-01-1996   P   C  P     30
TAL F      INTRO SOCIAL/PERSONAL ADJSTMNT 05-09-1996 08-08-1996   P   C  P     72
DUB F      ACTIVE PARENTING FPC           01-08-1996 04-01-1996   P   C  P     36

G0002      MORE PAGES TO FOLLOW . . .
```

```
   DUBCZ         *              INMATE EDUCATION DATA        *   11-23-2020
PAGE 003 OF 003 *                    TRANSCRIPT             *   07:15:14

REGISTER NO: 27051-077      NAME..: BRATCHER              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DUB-DUBLIN FCI

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION               START DATE  STOP DATE  EVNT AC LV  HRS
DUB F       PARENTING FROM A DISTANCE   01-08-1996 04-01-1996   P  C  P   36
DUB F       THU 1230-1550, ACCOUNTING   01-22-1996 04-03-1996   P  W  V   20
DUB F       KEYBOARDING, MON-THUR 1HOUR 01-12-1996 04-01-1996   P  W  V   15
DUB F       RELATED TRADES HORTICULTURE 01-12-1996 03-12-1996   P  C  E   51
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

# Serenity Prayer

God,

Grant me the

Serenity

to accept the things

I cannot change;

Courage

to change the things

I can; and

Wisdom

to know the difference.

Amen

# Program Agenda

Processional
LCP Graduates

Welcome
Mr. Brian Wood

Invocation
Mrs. Nel Blackerby

Presentation
Cohort 22 Graduates

Introduction of Guest Speaker
Chaplain Tyrone Boyd

Commencement Speaker
Chaplain R. Danage

Presentation of Certificates
Awards/Recognition - LCP Staff

Closing Remarks
Jody R. Upton, Warden

Recessional

# Life Connections Program

In October 2002, the Federal Medical Center (FMC), Carswell opened the first faith-based initiative for female offenders in the Bureau of Prisons. The Life Connections Program (LCP), is an eighteen month Residential Re-entry Program.

The Life Connections Program is a voluntary, intensive program open to all inmates who wish to follow a spiritual pathway to personal change and development. Today's graduation is the twenty-second one since the Life Connections Program was initiated at FMC Carswell.

# Certificate of Achievement

## Chyann Bratcher

has successfully completed the

## RESIDENTIAL
## LIFE CONNECTIONS PROGRAM

October 16, 2014

B. Ford, Chaplain, Program Manager

N. Blackerby, Spiritual Guide

H. Majidullah, Spiritual Guide

T. Boyd, Program Facilitator

B. Wood, Spiritual Guide

K. Mobley, Mentor Coordinator



# LCP Seal of Excellence



## Chyann Bratcher

_Program Facilitator_

_Program Manager_



# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Chyann Fine Bratcher

upon successful completion of

### The Gospel of John

Awarded the 30th day of June, 2020.

*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR





---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Chyann Fine Bratcher**

COURSE: **The Gospel of John**

EXAM 1: **97**          EXAM 2: **98**          EXAM 3: **95**

STUDENT ID#: 218708

DATE: 6/30/20

FINAL GRADE: **97**          CREDITS: **0**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Chyann Fine Bratcher

upon successful completion of

## Christian Doctrine, Vol. 1

Awarded the 28th day of July, 2020.

*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR



---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Chyann Fine Bratcher**

STUDENT ID#: 218708

COURSE: **Christian Doctrine, Vol. 1**

DATE: 7/28/20

EXAM 1: **97**      EXAM 2: **96**      EXAM 3: **100**

FINAL GRADE: **98**          CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Chyann Fine Bratcher

upon successful completion of

## Christian Doctrine, Vol. 2

Awarded the 25th day of August, 2020.



*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Chyann Fine Bratcher**

STUDENT ID#: 218708

COURSE: **Christian Doctrine, Vol. 2**

DATE: 8/25/20

EXAM 1: **100**      EXAM 2: **96**      EXAM 3: **98**

FINAL GRADE: **98**      CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org



# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## **Chyann Fine Bratcher**

upon successful completion of

## __The Book of Acts, Vol. 1__

Awarded the 3rd day of November, 2020.



*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME: **Chyann Fine Bratcher**            STUDENT ID#: 218708

COURSE: **The Book of Acts, Vol. 1**            DATE: 11/3/2020

EXAM 1: **98**            EXAM 2: **95**            EXAM 3: **95**

FINAL GRADE: **96**            CREDITS: **1**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# THE CHANGE PROGRAM

This is the 13th graduating class of the Choosing Healthy Alternatives and New Growth Experiences (CHANGE) Program.  The program was developed in 1998 to respond to the need for gender specific programming for the female population at FMC Carswell.

The CHANGE Program addresses important issues to incarcerated women such as rational thinking, effective communication, goal setting, healthy boundaries and empowerment.  The Program also provides the participant with a community environment conducive to personal growth and reflection.

The CHANGE Program includes several components that help the participant evaluate past decisions and to make healthier decisions in the future. Each participant attends a weekly therapeutic group where she receives support and intervention from social workers and peers.  In addition, the participant must maintain a self-improvement activity and participate in a volunteer activity each week.  The CHANGE participant is expected to dedicate at least six hours per week to the various components of the program. Most participants complete many more hours of activity than is required.

Please join us in congratulating the women who have successfully completed the requirements of the 2011-2012 CHANGE Program!

### The CHANGE Staff

CHANGE Program Coordinator: Nikki Briscoe, LMSW

Chief Social Worker:  Julia Dunaway, LCSW-BCD

Morgan Ginther, Recreation Therapist

David Griffin, LCSW

Christopher McGee, LCSW-BCD

Melanie Pedersen, LCSW-BCD

### Unit 1 North Team

Unit Manager: Shawn Grant

Case Manager: Lisa Cole-Rowls

Counselor: Bill Pendergraft



**CHANGE 2010-2011**

# CHANGE
# MENTORS

Have questions?

Need answers?

Encouragement & Support

**Chyann Bratcher**

**Ashley Pyle**

**Cynthia Williams**

**Latoya Wilson**

Federal Medical Center Carswell

# Certificate of Completion

## Chyann Bratcher

**Has successfully completed all requirements of the**

**Choosing Healthy Alternatives & New Growth Experiences,**

**CHANGE Program.**

Requirements include participation in 12 months of approved programs including therapeutic groups, volunteer work, and self-improvement activities.

Melanie Pedersen, CHANGE Coordinator

October 7, 2010

Julia Dunaway, Chief Social Worker

# Certificate of Completion

## Chyann Bratcher

Has successfully completed all requirements of the Choosing
Healthy Alternatives & New Growth Experiences,

**CHANGE Program.**

Requirements include participation in 12 months of approved programs including
therapeutic groups, volunteer work, and self-improvement activities.

October 4, 2012



Nikki Briscoe, LMSW - Program Coordinator

The Courage to Change

Federal Medical Center Carswell

Fort Worth Texas



# Certificate
## of
### Completion

Let it be known that

**Chyann Bratcher**

has successfully participated
in the 16 hour
Stress Management Group.

Robin Perkins, MS.

D. Reinhold, PhD.

September 9, 1996



FMC, Carswell
Psychology Department

*Chyann Bratcher*

has successfully completed the class entitled

**Conflict Resolution**

July 24, 2000

P. Morris, Ph.D.
Staff Psychologist

B. Sonnier, M.S.
Psychology Intern

FMC, Carswell
Psychology Services
November, 2000

# Chyann Bratcher

has successfully completed the
Healthy Lifestyles self study

K. Batchelder, Ph.D.



FMC, Carswell
Psychology Services
December, 2000

*Chyann Bratcher*

has successfully completed the
Relaxation self study

K. Batchelder, Ph.D.

*FMC, Carswell*
*Psychology Department*

# Chyann Bratcher

*has successfully completed the class entitled*

# Stress Management
*December, 2000*

Pamela Morris, Ph.D.
*Staff Psychologist*
*Values Track Coordinator*

# Certificate of Achievement




Chyann Bratcher

has successfully completed
the Boundary Issues Group.



Donna K. Smetana, M.S.

February 2, 2001
Date

FMC, Carswell
Psychology Department

# CHYANN BRATCHER

has successfully completed the eight hour class entitled

## VALUES 1
May 22nd , 2001

_Pamela Morris, Ph.D._
Pamela Morris, Ph.D.
Staff Psychologist
Values Track Coordinator

_Diane Wilhite_
Diane Wilhite, M.S.
Psychology Intern
Group Facilitator

FMC, Carswell
Psychology Department

## *CHYANN BRATCHER*

has successfully completed the eight hour class entitled

### *VALUES 2*
July 17th, 2001

Pamela Morris, Ph.D.
*Staff Psychologist*
*Values Track Coordinator*

Diane Wilhite, M.S.
*Psychology Intern*
*Group Facilitator*

# Certificate of Achievement

This certifies that

## Chyann Bratcher

Completed The

### Values Track

of the Psychology Services Department at FMC Carswell

Values 1, Values 2, Conflict Resolution, Stress Management
Lifestyle Planning, Boundary Issues

July, 2001

7/17/01
Date

Pamela Morris, Ph.D., Staff Psychologist
Values Track Coordinator



*This Is To Certify That*

Chyamm Bratchen

*Has Successfully Completed*

**Survival Skills For Women**™

The Women's Center
Agency

Annette Cummings          11-30-00
Facilitator               Date

# Certificate of Completion

awarded to:

## Chyann Bratcher

for completion of the Trauma in Life Workshop
at Dublin-FCI, July 2016 – September 2016

I. Weber, Ph.D., Resolve Program Coordinator

# Award Certificate

## Chyann Bratcher

### In Recognition of completion of
### D.B.T.

### FCI Dublin



K. Lee, Psy. D.   ᵏ. ℓ
10/3/18

FCI Dublin

# Certificate of Completion

awarded to:

## Chyann Bratcher

*for completion of Seeking Safety Treatment Group at FCI-Dublin, November 2017 – April 2018*

I. Weber, Ph.D., Resolve Program Coordinator

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

*This is to certify that*

### CHYOM BRATCHER

*has completed an apprenticeship for the occupation*

### CUSTOMER SERVICE REPRESENTATIVE

*under the sponsorship of*

### UNICOR – DUBLIN, CALIFORNIA

*in accordance with the basic standards of apprenticeship established by the Secretary of Labor*



*Secretary of Labor*

*Administrator, Office of Apprenticeship*

**JULY 8, 2016**

*Date Completed*

# The United States Department of Labor

## Office of Apprenticeship

### Certificate of Completion of Apprenticeship

This is to certify that

*Chyann Bratcher*

has completed an apprenticeship for the occupation

*Computer Peripheral Equipment Operator*

under the sponsorship of

*Federal Medical Center Carswell*

in accordance with the basic standards of apprenticeship
established by the Secretary of Labor



Secretary of Labor

Administrator, Office of Apprenticeship



**October 12, 2010**
Date Completed



# Certificate

## of

## Completion

Let it be known that

# Chyann Bratcher

has satisfactorily completed the two hundred twenty-five hour requirement for the Office
Technology course and has demonstrated proficiency in the skills listed below.

*Computer Skills:*

Editing/Formatting
from a Rough Draft
Adv. Editing/Formatting
from a Rough Draft
Spreadsheet
Basic Word
Basic Excel
Intermediate Word
Intermediate Excel
PowerPoint

*Clerical Skills:*

Formatting a letter
Alphabetic Filing
Numeric Filing
Proofreading 1
Proofreading 2
Composing Minutes
Sentence Clarity

*Financial Record
Keeping/Management:*

Bank Reconciliation
Bank Deposit
Petty Cash
Basic Math

*Keyboarding/10 Key*

*Data Entry:*

Keyboarding
10 Key
Data Entry 1: Vendor
Data Entry 2: Inventory
Data Entry 3: Invoice

*Legal/Medical
Professional Tests:*

Legal Terminology

March 13, 2008

J. Jaramillo, Computer Instructor

# Certificate of Employment

This certifies that *Chyann Bratcher* was employed by UNICOR Federal Prison Industries from April 2005 thru May 2012

She was employed as a Grade 1, which meets the standards of 36 second handle time, 98% adherence and 94% Q.A. scores.

Dave Wendlandt
May 01, 2012

# Certificate of Appreciation

Presented To

## Chyann Bratcher

For Dedication As A

### Quality Associate

(January 2008)

Each day presents
us with new
opportunities and
infinite possibilities.
Your contribution
made a difference.

Judy Aytes-Spivak
Quality Manager
INFONXX

Janet Davis
Senior Director of Operations
INFONXX

# Certificate of Recognition

Presented to

## Chyann Bratcher

in recognition of your performance for helping to close the
Fort Worth Call Center with high standards.

Dave Wendlandt
Factory Manager

Geneva Long
Assistant Factory Manager

# FORK LIFT LICENSE

Awarded To

## Chyann Bratcher

For successfully completing

## Forklift Operations & Safety Training

Training included a classroom lecture using audio-visual aids, video, and a quiz that covered all applicable regulations. Hands-on training included a lift-truck operator's daily checklist orientation, a driving familiarization session, and an operator performance evaluation.

Environmental Health & Safety Manager

March 03, 2017 to March 03, 2020

Issue Date/Expire Date

# OSHA

## Outreach 501 Course

This certificate is awarded to

## Chyann Bratcher

### 10 Hour OSHA 501 Training Course

"As an OSHA Outreach trainer, I verify that I have conducted this OSHA Outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my OSHA Authorizing Training Organization. Upon successful review of my documentation, I will provide each student their completion card within 90 days of the end of the class."

**12/5/2016**
**Date**

*T.J. Blassingame*
*Environmental & Safety Compliance Specialist*



# Certificate
## of
# Completion

Let it be known that

*Chyann Bratcher*

*has satisfactorily completed
all required coursework for
A.C.E. Beginning Typing.*

July 1999

_____
Mr. Cade Loflin, A.C.E. Coordinator

This certifies that

## Chyann Bratcher

*Has successfully completed 8 hours of*

# BASIC COMPUTERS

Awarded by:

**VOCATIONAL TRAINING BUSINESS**

Dublin, California

*August 6, 2016*

Date

Mr. Tibynsey – VT Instructor



CERTIFICATE OF COMPLETION

AWARDED TO

Chyann Bratcher

For successfully completing a professional development workshop on

Business Etiquette

And demonstrating competency in personal presentation, job readiness, communication and interpersonal skills.

Awarded this  18th  day of  July  , 2014

Michelle Powell, Instructor
Professional Manner of Washington, LLC

PROFESSIONAL MANNER
Training for Distinction in Business™

# Certificate of Completion



## CMG
### CALIFORNIA MARKETING GROUP

Presented to

## Chyann Bratcher

This certifies Ms. Bratcher has completed the Call Center Customer Service Representative Training by demonstrating excellent skills and techniques. Her dedication, hard work and leadership is an asset to our company.

**K. Khan**
**Quality Assurance Representative**
**UNICOR**

**2/24/2016**
**Dublin, CA**



# Certificate of Appreciation

Presented to

**Chyann Bratcher**

In appreciation for services as a
Suicide Watch Companion
since February 2001.

March 4, 2005

Dr. R. Gregg, Chief Psychologist

Dr. K. Hoffman, Psychologist

# Certificate of Completion

awarded to:

## Chyann Bratcher

for completion of 4 hours of Suicide Prevention Training
as a Suicide Watch Inmate Cadre

March 28, 2017

_____
Dr. Bankston, Staff Psychologist

# Certificate of Completion

awarded to:

## Chyann Bratcher

for completion of 2 hours of Suicide Prevention Training
as a Suicide Watch Inmate Cadre

June 27, 2017

_____

Dr. Bankston, Staff Psychologist

# Certificate of Completion

awarded to:

## Chyann Bratcher

for completion of 4 hours of Suicide Prevention Training
as a Suicide Watch Inmate Cadre

September 29, 2017

_Dr. Bankston, Staff Psychologist_

# CERTIFICATE OF ACHIEVEMENT

## CERTIFIES

*Chyann Bratcher*

has completed thirty(30) hours of HOSPICE TRAINING BASED ON THE
NATIONAL HOSPICE ORGANIZATION GUIDELINES and is
hereby awarded this

## CERTIFICATE OF HOSPICE TRAINING

9-9-05

Hospice Program Coordinator

# Program History

The Community Crochet Program is a community service program that allows inmates at FMC Carswell to give back to the local community by crocheting and knitting stuffed animals, clothing, blankets, shawls, scarfs, mittens, and slippers for hospice patients, homeless people, and victims of abuse. Citizens in the community collect donated yarn for use and then distribute the inmate-made items to local charities. It was started in 1996 by Julia Dunaway and Dr. Kristin Batchelder and was limited to inmates on the Mental Health units. In 1998, responsibility for the program was passed on to Robert Honshtein. Since then the program has been opened to inmates on the CHANGE unit, the RDAP unit, and the Medical floors. After repeated requests by Camp inmates, the program was further expanded to the Camp this year with the assistance of Charles Thompson. The program utilizes about 150 inmate volunteers and several community volunteers. This year it produced 793 hand-made items for the local community. Volunteers spend hundreds of hours of their time each year contributing to the program. Many even donate of their own materials and resources. This year the program was selected as the "Hospital Inmate Volunteer Program of the Year" at FMC Carswell.

# Certificate of Appreciation



awarded to:

*Chyann Bratcher*

For contributing 40 hours to the Dallas/Fort Worth community through her involvement in the community crochet program.

February 3rd, 2004

Federal Medical Center Carswell

R. Honshtein, Activity Therapist





# Award of Volunteer Service

*awarded to:*

## Chyann Bratcher

*For giving 80 hours of service to the Dallas/Fort Worth area through her involvement in the community crochet program.*

R. Honshtein, Activity Therapist

December 09th, 2002

Federal Medical Center Carswell





FCI DUBLIN RECREATION DEPARTMENT

COMMENDS RECREATION PARTICIPIANT

# CHYANN BRATCHER

The Recreation Department appreciates your effort in contributing to The Crochet Donation Program. Thank you for all your hard work.

Awarded on this day of January 15th 2017



*"Here's to the crazy ones. The misfits. The troublemakers. The round pegs in square holes. The ones who see things differently. They're not fond of rules. And they have no respect for the status quo. You can quote them, disagree with them, glorify them or vilify them. About the only thing you can't do is ignore them. Because they change things. They push the human race forward. And while some may see them as the crazy ones, we see genius. Because the people who are crazy enough to think they can change the world are the ones who do."*

Lee Clow, Steve Jobs, Ken Segall & Craig Tanimoto

_____
FCI Dublin Recreation Specialist

1-15-17
Date

# Certificate of Appreciation

Proudly Presented To

## Chyann Bratcher

Instructor of

## Cross Stitch & Beading

We just want to let you know the things you do for Recreation do not go unnoticed. You're a necessary piece to the puzzle. We appreciate your dedication and service, and we know others do too.

12-25-2019
Date


OFFICIAL SEAL

Recreation Staff



# Certificate

## HEALTHIER ME IN THE BOP

*awarded to*

Chyann Bratcher

*in recognition of*
*your dedication, passion, and hard work*

8/27/20
Date

C. Velasco
RECREATION STAFF



# Certificate

## HEALTH AND WELLNESS THROUGHOUT THE LIFESPAN

*awarded to*

Brather   27051 - 077

*in recognition of*
*your dedication, passion, and hard work*

9/16/20

*Date*

RECREATION STAFF

EXHIBIT G



**Catherine Sevcenko <csevcenko@thecouncil.us>**

# Compassionate Release Letter of Support Ref: Chyann Bratcher

3 messages

**robertdanage@sbcglobal.net**            Wed, Feb 9, 2022 at 12:26
<robertdanage@sbcglobal.net>                                 AM
To: csevcenko@thecouncil.us
Cc: robertdanage@mhd.com

**Document1.docx**
 14K

Catherine Sevcenko
Senior Counselor
The National Council for Incarcerated and Formerly Incarcerated Women and Girls
300 New Jersey Ave, NW #900
Washington, DC 20001

Dear Counselor Sevcenko,

My name of Reverend Robert G. Danage, I am delighted to write a letter of reference on behalf of Ms. Chyann Bratcher. I have known Ms. Bratcher since 2006 while I served as the Supervisory Chaplain at FMC Carswell. One of my duties and responsibilities was serving on the Institutions Compassionate Release committee. As such, I am familiar with the criteria for inmates to be approved for compassionate release. Ms. Bratcher meets these criteria and should be released from prison. In addition, she has been a model inmate and has availed herself in participating in various programs including but not limited to religious services. I have personally witnessed her transformation because of her involvement in these programs notwithstanding her health-medical condition related to COVID 19. Chyann is prepared to come home and should be given this compassionate release. She has paid her debt to society, and I believe she has learned some valuable lessons that make her a law-abiding citizen.

Ms. Bratcher has comported herself over the years of my knowing her in a very dignified honorable manner. I have no concerns with her making a successful transition back into society. Please grant her this compassionate release it would do herself and her family much good. They are deserving of such mercy.

Since my retirement from the Bureau of Prisons in 2015 after serving 30 years. I remain committed to assisting federal offenders with matters regarding the compassionate release. I am the CEO, President, and Founder of Faith Without Walls Prison Outreach Ministry which is a 501(3) c Non-Profit Organization providing transitional programs and services to offenders and ex-offenders (returning citizens). I am also the Manager of the Pastoral Care Services Department at Methodist Midlothian Medical Center. I am committed to providing ongoing support to Ms. Bratcher and her family upon her release.

Thanks,
Robert G. Danage, Ret. Federal Bureau of Prison Chaplain

From: Donna Mowell <dsbmowell@gmail.com>
Date: Wed, Jun 1, 2022 at 10:56 AM
Subject: Chyann Bratcher
To: <csevcenko@thecouncil.us>


Catherine Sevcenko
Senior Counsel
The National Council for Incarcerated & Formerly Incarcerated Women
and Girls 300 New Jersey Ave NW, #900
Washington DC 20001

Dear Ms. Sevcenko,

As a Bureau of Prisons retiree, it's my pleasure and honor to
recommend Ms. Chyann Bratcher for a reduction in sentence, also known
as compassionate release. Ms. Bratcher and I knew and worked together
for the several years, where I was employed by the Bureau of Prisons
at FMC Carswell. I knew her when I was the administrative assistant to
the Chief Psychologist and as her supervisor at UNICOR prison
industries.

Throughout her time in my acquaintance, Ms. Bratcher proved herself to
be a conscientious, thoughtful, pleasant, hard—working, motivated, and
reliable incarcerated woman. At UNICOR, her honesty, dependability,
confidence, and excellent communication skills helped her become a top
employee, surpassing goals impressively quarter after quarter. She was
a model of excellence and we relied on her considerably.

As her supervisor l would inquire of her to other staff, correctional
staff, her unit team, other UNICOR staff, and the positive
testimonials about working with Mr. Bratcher poured in from every
department. Prison culture within an institution can be tense and
drama filled. Ms Bratcher was never part of that culture. She
participated in every program offered, worked well with her unit
teams, was always most respectful to staff and other incarcerated
women, and was known to be willing to help others with their GED
homework or, as in UNICOR, with improving others on the job skills. As
a Bureau retiree, I continue to hold Ms. Bratcher in the highest
regard, not because she was a "good inmate" to work with, but because
she was a good person to work with.

The Court punished Ms. Bratcher when it sentenced her. Ms. Bratcher
acted proactively to do everything in her power to build what life
she could behind bars. I encouraged the Court to grant Chyann a
reduction in sentence. I believe the function of corrections is to
help the incarcerated develop the skills to be productive citizens
and good neighbors upon release. I have no doubt she'll exceed all
expectations of the Court and be a good neighbor.

Please don't hesitate to contact me with any questions at
                or            @gmail.com.

Sincerely,


Donna Mowell

# EXHIBIT I

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                        **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Warden Jenkins | 10/30/19 |
| FROM: | REGISTER NO.: |
| Chyann Bratcher | 27051-077 |
| WORK ASSIGNMENT: | UNIT: |
| Food Service | C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Program Statement 5050.50 January 17, 2019

COMPASSIONATE RELEASE/reduction in SENTENCE

PROCEDURES FOR IMPLEMENTATION OF 18 U.S.C. § 3582

INITIATION OF REQUEST - EXTRAORDINARY AND COMPELLING

CIRCUMSTANCES.

SEE ATTACHED INFORMATION

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

Under 18 U.S.C. 3582 (c)(1)(A) and Section 2. (1) and other
Sections that may apply.  A Sentencing Court, on the motion
by the United States Bureau of Prisons may reduce the term of
imprisonment of a federal new law inmate.

District Courts find Sentencing Reform among  "Extraordinary
and Compelling Reasons" for Reducing LWOP (life without Parole)
sentences.

Ever since the passage of the First Step Act, there is advocating
18 U.S.C. § 3582 (c)(1)(A) as a critical and valuable new mechanism
to reduce problematic prison sentences in any and every case
in which the defendant presents "extraordinary and compelling
reasons" for the reduction.

"Congress intended for § 3582 (c) to act as a "safety valve
for modification of sentences' enabling sentence reductions
when justified by various factors that previously could be
addressed through the (now abolished) parole system." Quote
from Second Look and Second Chance by Associate Professor of
Law Georgetown University Law Center Shon Hopwood.

At this time there is no time limitation on Life, but under
the parole system at 10 years you could be released, serving
a max of 30 years.  In this section 3582 you find again release
"new law" inmate after 30 years.

I am serving a term of Life for murder.  My husbands death was
ruled accident drowning (exhibit A autopsy report).  I did not
kill or have my husband killed, however I do accept full responsibility
for my actions that brought me to prison.

When I was 21, my husband Billy Bracher, drowned in a local
lake.  At the age of 23 I was sentenced to Life in Federal Prison
based on his death.  Prior to being indicted for murder, my
brother (co-defendant) recanted any involvement concerning my
mother or myself on an audio recording by the FBI between the
dates of January 19, 1995 through January 24, 1995 (exhibit B
offer of proof document)page 10).

I would like to share with you what LIFE in the Federal Bureau
of Prison is like for a young person.  It is a very scary place
of great frustration and a life of hopelessness and despair.
I made the choice to serve a productive sentence and use the
time to become a better person.  I am a category "I" first time
offender.  I began my sentence with the attitude that I would
one day be released back into society.  I began my path to
rehabilitation immediately.  Over the years I have taken many
Apprenticeship classes to include, Dental Assistant, and Lab Tech,
Customer Service Representative (through UNICOR),—and Computer
Peripheral Training.  I also have completed the Trama Resolve
Program through the Psychology Department among  many other classes.
My greatest most fulfilling accomplishment is the Faith Based Life
Connections Program, an 18 month residential program.  I was
awarded the LCP Seal.  The recipient of this award is tracked for
the next 10 years to see if the teachings and tools modified

page 2

behaviors for the better.  During my incarceration I have also
spent many years doing volunteer work within the prison participating
with the Suicide Cadre, Hospice, Mentorship, and the Volunteer
Crochet Program giving back to the outside community through
restorative justice.  I have maintained steady employment and
clear conduct.  Currently, I teach a Barista Fundamentals class
through the Food Service Department.  On weekends, I volunteer
through the Recreation Department teaching various leisure craft
classes.  As a job, I work as a Clerk in the Food Service Department.

My vision, once released is to work as a Dental Assistant/Lab Tech
and also volunteer in my community.  Working and volunteering
will keep my life in balance and also give back to my community.

My long term goal is to open my own Dental Lab, where I would
fabricate prosthetic dental devices for local dentist.  I plan to
live with my father in the surrounding area of Dallas Ft. Worth,
Texas to allow me access to the dental community where I could
expand my business, my knowledge, and skills.

In closing I would like to say an inmate with a violent past was
given a second chance, as I am asking you at this time for.  Her
case is out of the Northern District of Florida, Tallahassee.
Patricia Clarke #29436-004 was serving multiple Life sentences
for Murder, drug trafficing, RICO, and various other charges.
All I am asking for is to be given the same consideration and
chance to live a productive life in society once again.


Thank you for your time and consideration.


Sincerely,


_____
Chyann Bratcher 27051-077

**COMPASSIONATE RELEASE/REDUCTION IN SENTENCE RESPONSE**
**Inmate: Bratcher, Chyann Fine**
**Reg. No. 27051-077**

This is in response to your Compassionate Release/Reduction in
Sentence dated October 30, 2019, wherein you are requesting to be
considered for early release pursuant to 18 U.S.C. 3582(c)(1)(A).
You are requesting a Compassionate Release based on extraordinary
or compelling circumstances.

Specifically, you believe due to sentencing reform and the First
Step Act, your life sentence case should be reviewed and
considered for a term of imprisonment reduction as outlined in
your attached documentation.

As your request for compassionate release is based solely on your
belief that you were sentenced excessively for your crime(s), you
should consult with your defense attorney as your request to
shorten your sentence must be addressed with the sentencing judge
or through other judicial appeals. The BOP has defined what it
considers to be "extraordinary or compelling circumstances"
justifying a compassionate release in Program Statement 5050.50,
Compassionate Release/Reduction in Sentence: Procedures for
Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), and your
reason is not included in this policy as a justification.
Accordingly, your request for a compassionate release is denied.

_____               _____
W.Z. Jenkins II, Warden                Date  4.20.20

Br .0 -

In Warden Jenkins denial, he stated that my compassionate release request "is based solely on your belief that you were sentenced excessively for your crime(s)". No where did I make such a statement. I did quote "U.S. Congress' intent for §3582(c) (the vehicle to utilize P.S. 5050.50) "to act as a safety valve for modification of sentences' enabling sentence reductions when justified by various factors that previously could be addressed through the (now abolished) parole system". Also that the District Courts find Sentencing Reform among "Extra ordinary and Compelling Reasons" for Reducing Life with out Parole (LWOP) sentences. During this Covid pandemic time also with health issues I would ask that you grant my release Thank You

May 7, 2020                    Chy ann Bratch

Type or use ball-point pen. If attac... are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this ...al.

| From: | Bratcher, Chyann F | 27051-077 | C | Dublin |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**

Under 1330.18 Chapter 12 § 524.18 If the inmate does not receive a response within time alloted ... inmate can consider the absence of a response a denial at that level.

My BP-10 was submitted on May 7, 2020. This is in appeal for Compassionate Release. ~~DH~~ Due to the Covid 19 pandemic and the amount of time served 25 years, my chronic health concerns, High colesterol, thyroid condition and heart issues I would be at risk for the virus. I have maintained clear conduct. Have approved housing by probation. I have used my time to better myself and taken and started many programs. Also completed the Faith Based (LCP), Resolve Trama Classes. All I am asking is relief in the form of release. Thank you.

| 6-12-20 | Chyann Bratcher |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

RECEIVED

JUN 24 2020

Administrative Remedy Section
Federal Bureau of Prisons

| | |
|---|---|
| DATE | GENERAL COUNSEL |

FIRST COPY: WASHINGTON FILE COPY

CASE NUMBER: 1023027

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| | |
|---|---|
| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |

USP LVN

BP-231(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 10, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : CHYANN FINE BRATCHER, 27051-077
      DUBLIN FCI     UNT: C     QTR: C01-051U
      5701 8TH ST - CAMP PARKS
      DUBLIN, CA 94568


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1023027-R1      REGIONAL APPEAL
DATE RECEIVED  : MAY 29, 2020
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.


2020 JUL  9 AM 10:20

Received
July 17, 2020

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY
```

DATE: JULY 20, 2020


FROM: ADMINISTRATIVE REMEDY COORDINATOR
~~CENTRAL OFFICE~~

TO  : CHYANN FINE BRATCHER, 27051-077
      DUBLIN FCI    UNT: C    QTR: C01-051U
      5701 8TH ST - CAMP PARKS
      DUBLIN,  CA 94568


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1023027-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : JUNE 24, 2020
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE ~~AND/OR INSTITUTION~~
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE, OR CENTRAL~~
                 ~~OFFICE LEVEL.~~

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE ~~BEFORE FILING AN APPEAL~~
                 ~~AT THIS LEVEL.~~
```

2020 AUG 17 AM 6:53

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Bratcher Chyann F**        **27051-077**        **C**        **Dublin FCI**
　　　LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST** RE. Requirement of BP9 before proceeding with BP10.
On July 17, 2020, I received my rejection of my BP10 stating that I must file a BP9 before filing the BP10.

Warden Jenkins this is my appeal to you for reconsideration to my Compassionate release, requesting that you put in a recommendation for release through this agency to my sentencing court, for all the reasons attached.

Thank you.

Respectfully Submitted

Chyann Bratcher

7-21-20
DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                    _____
DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: **1034815-F1**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                               CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR        PRINTED ON RECYCLED PAPER        BP-229(13)
                                                APRIL 1982

BRATCHER, CHYANN FINE
Reg. No. 27051-077

REQUEST FOR ADMINISTRATIVE REMEDY
Remedy ID No. 1034815-F1

Part B - RESPONSE

This is in response to your request for Administrative Remedy dated
July 21, 2020, wherein you appeal the denial of your request for a
Compassionate Release based on extraordinary and compelling
circumstances.

A review of this matter was reviewed again and confirmed you were
notified in writing on April 20, 2020, that you do not meet the
criteria for a Compassionate Release.  Your request for
compassionate release was based solely on your belief that you were
sentenced excessively for your crime(s), you should consult with your
defense attorney as your request to shorten your sentence must be
addressed with the sentencing judge or through other judicial appeals.
The BOP has defined what it considers to be "extraordinary or
compelling circumstances" that might justify a compassionate release
in Program Statement 5050.49, CN-01, Compassionate Release/Reduction
in Sentence: Procedures for Implementation of 18 U.S.C. §§
3582(c)(1)(A) and 4205(g), and your reason is not included in this
policy as an justification.

Accordingly, your request for a compassionate release is denied.

If you are not satisfied with this decision, you may appeal to the
Regional Director at Bureau of Prisons, Western Regional Office,
Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, California
95219.  Your appeal must be received in the Western Regional Office
within (20) days of the date of this response.


_R.J. Garcia_
W.Z. Jenkins II, Warden

_8/3/2020_
Date

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Bratcher, Chyann F__     __27051-077__     __C__     __FCI Dublin__
       LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** RE: Denial of BP9, request for Compassionate Release from Warden Jenkins.

In the denial, it states that my compassionate release request "is based solely on your belief that you were sentenced excessively for your crime(s)" No where did I make that statement. I did quote "U.S. congress' intent for 3582(c)) "to act as a safety valve for modification of sentences' enabling sentence reductions when justified by various factors that previously could be addressed through the (now abolished) parole system" Also that the District Courts find sentence reform among "Extraordinary and compelling reasons for reducing LWOP sentences. Congress and DOJ have already determined Covid-19 pandemic is "unprecedented" it does qualify as an extraordinary and compelling factor. At this time I am a Chronic Care 2 and being treated for a heart and thyroid condition also. I ask for relief in the form of recommendation for release to my approved, by probation, Fathers address. Thank You

__8-5-20__
DATE

__Chyann Bratcher__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

AUG 14 2020

_____ _____
DATE                                     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: __103481 5-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ _____
DATE                           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN           PRINTED ON RECYCLED PAPER                        BP-230(13)
                                                           JUNE 2002

1034815-R1
FCI Dublin

This is in response to your Regional Administrative Remedy Appeal of the Warden's
decision dated August 3, 2020, wherein you request to be considered for early release
pursuant to the Reduction in Sentence (RIS), based on concerns about contracting the
coronavirus and the belief you were sentenced excessively by the Court.

A thorough review of your request was completed.   Title 18 of the United States Code, section
3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term
of imprisonment for extraordinary or compelling reasons.   BOP Program Statement No.
5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18
U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that
present extraordinary or compelling reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with
medical conditions, or an "other elderly inmate"; the death or incapacitation of the family
member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered
partner.   In addition to the institution's assessment of the above-criteria to your situation and
condition, we also reviewed your medical condition in the context of COVID-19, and still did not
find you to meet the medical-based criteria.   More specifically, you are a 48-year old female
with a Body Mass Index of 33, hypothyroidism and a history of migraine headaches, which may
put you at a higher risk for contracting a serious illness from COVID-19, the degree of these
conditions, and even cumulatively, did not elevate your condition as terminal or debilitating, and
as a result, you still did not meet our criteria for a Compassionate Release.

Further, you also request for a compassionate release based principally on your belief you were
sentenced excessively for your crime.   You should consult with your defense attorney as your
request to shorten or be released from your sentence must be addressed with the sentencing judge
or through other judicial appeals.

Based upon your medical status and the belief you were sentenced excessively, there are no
"exceptional and compelling circumstances" as required by the statute to recommend the Bureau
of Prisons make a motion before your sentencing court seeking a reduction in sentence.   While
the RIS factors are neither exclusive nor weighted, your RIS request should not be recommended
to the Office of General Counsel.

Finally, to the extent you still express fears about contracting COVID-19, the BOP is taking
extraordinary measures to mitigate the spread, and will have all available resources to treat any
inmates inflicted with COVID-19.

Therefore, your request for Regional Administrative Remedy Appeal is denied.   If dissatisfied
with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons,
320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the General
Counsel's Office within 30 calendar days of the date of this response.

9/8/2020
Date

A. Ciolli, Acting Regional Director

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **Bratcher Chyann F**    **27051-077**    **C**    **Dublin**
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL** This is in appeal for Compassionate release. Due to the Covid 19 pandemic and the amount of time served of 25+ years, my chronic health concerns, I would be at risk for the virus. I have approved housing to release to and a job.

I am asking to be reccomended for release to my court. Thank you for your consideration. Also see title page (cover sheet with address) this was received on 10-15-20 but the response from region was dated 9-8-20. The counselor gave me the denial 10-15-20 as apparent by her signature.

10-15-20                        _Chyann Bratcher_
_____                _____
DATE                            SIGNATURE OF REQUESTER

**Part B—RESPONSE**




_____             _____
DATE                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _____

**Part C—RECEIPT**
                                      CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                                  
DATE                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

```
CHYANN FINE BRATCHER, 27051-077
DUBLIN FCI     UNT: C    QTR: C01-051U
5701 8TH ST - CAMP PARKS
DUBLIN,  CA 94568
```

ISSUED TO INMATE
10/15/20 C. Cromeden
counselor